(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tarco Printing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **36-3055066** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1270 Ardmore<br>Itasca, IL 60143** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Du Page** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)   ☐ Railroad<br>■ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other_____   ☐ Clearing Bank | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Tarco Printing, Inc.**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Robert R. Benjamin 0170429**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Benjamin, Berman & Brom, LLC**
Firm Name

**216 W. Jackson Blvd., Suite 330**
**Chicago, IL 60606**
Address      **Email: benjamin@3blaw.com**

**(312)444-1996 Fax: (312)444-9086**
Telephone Number

**May 20, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeff H. Reckards**
Signature of Authorized Individual

**Jeff H. Reckards**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 20, 2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Tarco Printing, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>c/o Becket & Lee<br>16 General Warren Blvd.<br>Malvern, PA 19355 | American Express<br>c/o Becket & Lee<br>16 General Warren Blvd.<br>Malvern, PA 19355 | finance, leasing, medical, insurance and taxes | | 13,283.51 |
| Andrews Converting<br>707 E. 47th Street<br>La Grange, IL 60525 | Andrews Converting<br>707 E. 47th Street<br>La Grange, IL 60525 | utility maintenance, repair & equipment | | 58,171.61 |
| Bloomindale Bank & Trust<br>150 S. Bloomindale Rd<br>Bloomingdale, IL 60108 | Bloomindale Bank & Trust<br>150 S. Bloomindale Rd<br>Bloomingdale, IL 60108 | promissory note and line of credit | | 3,326,296.59<br><br>(2,325,576.00 secured) |
| Bruce Paradise CPA<br>1019 W. Wise Road, Suite 101<br>Schaumburg, IL 60193 | Bruce Paradise CPA<br>1019 W. Wise Road, Suite 101<br>Schaumburg, IL 60193 | support services | | 20,200.00 |
| Case Paper<br>72458 Eagle Way<br>Chicago, IL 60678 | Case Paper<br>72458 Eagle Way<br>Chicago, IL 60678 | materials suppliers | | 12,138.06 |
| Chicago Laminating, Inc.<br>125 Weiler Road<br>Arlington Heights, IL 60005 | Chicago Laminating, Inc.<br>125 Weiler Road<br>Arlington Heights, IL 60005 | support services | | 39,362.93 |
| FNT Transportation Services, Inc.<br>10 E. Progress Road<br>Lombard, IL 60148 | FNT Transportation Services, Inc.<br>10 E. Progress Road<br>Lombard, IL 60148 | support services | | 19,316.11 |
| Gene Goodwille Co.<br>1820 N. 30th Avenue<br>Melrose Park, IL 60160 | Gene Goodwille Co.<br>1820 N. 30th Avenue<br>Melrose Park, IL 60160 | materials suppliers | | 17,474.67 |
| Gradei's Express<br>2035 N. 15th Avenue<br>Melrose Park, IL 60160 | Gradei's Express<br>2035 N. 15th Avenue<br>Melrose Park, IL 60160 | support services | | 16,004.82 |
| IRS<br>Cincinnati, OH 45999 | IRS<br>Cincinnati, OH 45999 | 941's May, 2005 | | 48,478.36 |
| Metrostaff<br>94 Mitchell Circle<br>Wheaton, IL 60187 | Metrostaff<br>94 Mitchell Circle<br>Wheaton, IL 60187 | support services | | 111,681.06 |
| Midland Paper Unlimited<br>135 S. LaSalle Street<br>Dept. 1140<br>Chicago, IL 60674 | Midland Paper Unlimited<br>135 S. LaSalle Street<br>Dept. 1140<br>Chicago, IL 60674 | materials suppliers | | 37,908.89 |

In re   **Tarco Printing, Inc.**                                    Case No. _____
_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Murnane Paper Company<br>135 S. LaSalle Street<br>Dept. 2933<br>Chicago, IL 60674 | Murnane Paper Company<br>135 S. LaSalle Street<br>Dept. 2933<br>Chicago, IL 60674 | materials suppliers | | 136,873.16 |
| Platnium Converting<br>263 Richert Road<br>Wood Dale, IL 60191 | Platnium Converting<br>263 Richert Road<br>Wood Dale, IL 60191 | support services | | 14,782.78 |
| Primesource an Enovation Co.<br>850 Central Avenue<br>Hanover Park, IL 60133 | Primesource an Enovation Co.<br>850 Central Avenue<br>Hanover Park, IL 60133 | materials suppliers | | 82,084.48 |
| Superior Printing Inc. Co.<br>70 Bethune Street<br>New York, NY 10014 | Superior Printing Inc. Co.<br>70 Bethune Street<br>New York, NY 10014 | support services | | 84,103.59 |
| Unisource Paper Co.<br>7472 Collection Center Drive<br>Chicago, IL 60693 | Unisource Paper Co.<br>7472 Collection Center Drive<br>Chicago, IL 60693 | materials suppliers | | 30,780.52 |
| WWF Paper Corp.<br>c/o Abrams & Abrams, P.C.<br>75 E. Wacker Drive, Suite 320<br>Chicago, IL 60601 | WWF Paper Corp.<br>c/o Abrams & Abrams, P.C.<br>75 E. Wacker Drive, Suite 320<br>Chicago, IL 60601 | payments pursuant to Stipulation for Payment 03L4061 | | 227,056.21 |
| WWF Paper Corp.<br>c/o Abrams & Abrams, P.C.<br>75 E. Wacker Drive, Suite 320<br>Chicago, IL 60601 | WWF Paper Corp.<br>c/o Abrams & Abrams, P.C.<br>75 E. Wacker Drive, Suite 320<br>Chicago, IL 60601 | materials suppliers | | 212,056.21 |
| XPEDX<br>P.O. Box 0978<br>Dallas, TX 75312-0978 | XPEDX<br>P.O. Box 0978<br>Dallas, TX 75312-0978 | materials suppliers | | 532,640.57 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   **May 20, 2005**_____         Signature   **/s/ Jeff H. Reckards**_____
**Jeff H. Reckards**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Tarco Printing, Inc.** _____,

Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| | | | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,360,252.90 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,351,819.59 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 48,478.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 1,863,163.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 2,360,252.90 | | |
| Total Liabilities | | | | 5,263,461.05 | |

In re   **Tarco Printing, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Tarco Printing, Inc.**                                          ,     Case No. _____
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bloomingdale Bank & Trust** | - | 0.00 |
| | | **Itasca Bank & Trust (401k transfer account)** | - | 1,676.90 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Jackson National Insurance decreasing term estimated $625,000.00** | - | 0.00 |

Sub-Total >          **1,676.90**
(Total of this page)

_**3**_  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Tarco Printing, Inc.**        Case No. _____

,

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **$1,146,419.00 (less than 90 days 1,057,915.00)** | - | 996,376.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      996,376.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Tarco Printing, Inc.** , Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Chevrolet Monte Carlo** | - | **8,000.00** |
| | | **2002 Ford E250 van** | - | **9,000.00** |
| | | **1998 Ford Explorer** | - | **4,500.00** |
| | | **1996 Cadillac STS** | - | **2,500.00** |
| | | **2001 Chevrolet Corv** | - | **16,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Office equipment, furnishings, and supplies** | - | **5,500.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery, fixtures, equipment and supplies used in business** | - | **1,306,700.00** |
| 28. Inventory. | | **inventory** | - | **10,000.00** |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |

Sub-Total >   **1,362,200.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re    **Tarco Printing, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total >  (Total of this page) | 0.00 |
|---|---|---|
|  | Total > | 2,360,252.90 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(12/03)

In re    **Tarco Printing, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bloomingdale Bank & Trust<br>150 S. Bloomingdale Rd<br>Bloomingdale, IL 60108** | | - | **promissory note and line of credit**<br><br>Value $       2,325,576.00 | | | | 3,326,296.59 | 1,000,720.59 |
| Account No. **31757401**<br><br>**Ford Credit<br>P.O. Box 64400<br>Colorado Springs, CO 80962** | | - | **2002 Ford E250 van**<br><br>Value $       9,000.00 | | | | 14,225.00 | 5,225.00 |
| Account No.<br><br>**GMAC<br>P.O. Box 217060<br>Auburn Hills, MI 48321** | | - | **2001 Chevrolet Monte Carlo**<br><br>Value $       8,000.00 | | | | 11,298.00 | 3,298.00 |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |

__0__   continuation sheets attached

|  | Subtotal<br>(Total of this page) | 3,351,819.59 | |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 3,351,819.59 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(04/04)

In re    **Tarco Printing, Inc.**                                                                          ,          Case No. _____
                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re   **Tarco Printing, Inc.** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **IRS Cincinnati, OH 45999** | - | | **941's May, 2005** | | | | **48,478.36** | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | **48,478.36** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **48,478.36** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Form B6F
(12/03)

In re   **Tarco Printing, Inc.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | utility maintenance, repair & equipment | | | | |
| **Accurate Office Supply** **260 Gerzevski Lane** **Carol Stream, IL 60188-2049** | | | | | | | | | 197.07 |
| Account No. | | | - | | utility maintenance, repair & equipment | | | | |
| **AGFA Corporation Dept.** **CH 1-116** **Palatine, IL 60055-0116** | | | | | | | | | 143.51 |
| Account No. | | | - | | utility maintenance, repair & equipment | | | | |
| **Akiyama International Corp.** **1331 E. 166th Street** **Cerritos, CA 90703** | | | | | | | | | 10,055.08 |
| Account No. 3715-466302-91006 | | | - | | finance, leasing, medical, insurance and taxes | | | | |
| **American Express** **c/o Becket & Lee** **16 General Warren Blvd.** **Malvern, PA 19355** | | | | | | | | | 13,283.51 |
| __20__   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 23,679.17 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:33609-050128   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tarco Printing, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | support services | | | | |
| American First Aid 2354 Hassell Road Suite C Hoffman Estates, IL 60195 | - | | | | | | | 348.30 |
| Account No. | | | | utility maintenance, repair & equipment | | | | |
| American Overhead Door Co. 2125 Hammond Drive Schaumburg, IL 60173 | - | | | | | | | 2,398.60 |
| Account No. | | | | utility maintenance, repair & equipment | | | | |
| Americare National Hygiene 225 Laura Drive Unit B Addison, IL 60101 | - | | | | | | | 312.00 |
| Account No. | | | | utility maintenance, repair & equipment | | | | |
| Amerigas Palatine 522 S. Vermont Street Palatine, IL 60067 | - | | | | | | | 177.77 |
| Account No. | | | | utility maintenance, repair & equipment | | | | |
| Amflex Packaging Corp 3350 Main Street Skokie, IL 60076 | - | | | | | | | 3,486.91 |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,723.58

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Tarco Printing, Inc.**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Andrews Converting** <br> **707 E. 47th Street** <br> **La Grange, IL 60525** | | - | | utility maintenance, repair & equipment | | | | 58,171.61 |
| Account No. <br><br> **ASI Mailing** <br> **1717 W. Armitage Court** <br> **Addison, IL 60101** | | - | | support services | | | | 782.89 |
| Account No. <br><br> **Bartlett Process Camera, Inc.** <br> **527 Lunt Avenue** <br> **Schaumburg, IL 60193** | | - | | utility maintenance, repair & equipment | | | | 2,021.01 |
| Account No. <br><br> **Bearing Headquarters, Co.** <br> **109 N. Lively Blvd.** <br> **Elk Grove Village, IL 60007** | | - | | utility maintenance, repair & equipment | | | | 2,568.66 |
| Account No. <br><br> **Bell Finishers** <br> **3001 Soffel** <br> **Melrose Park, IL 60160** | | - | | support services | | | | 4,679.00 |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          68,223.17

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Tarco Printing, Inc.**                                    ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | utility maintenance, repair & equipment | | | | |
| Bisco International, Inc. 543 Grandville Hillside, IL 60162 | - | | | | | | 1,451.66 |
| Account No. | | | support services | | | | |
| Bruce Paradise CPA 1019 W. Wise Road, Suite 101 Schaumburg, IL 60193 | - | | | | | | 20,200.00 |
| Account No. | | | support services | | | | |
| Cardinal Cartridge, Inc., Slot 302118 P.O. Box 66973 Chicago, IL 60666 | - | | | | | | 98.38 |
| Account No. | | | materials suppliers | | | | |
| Case Paper 72458 Eagle Way Chicago, IL 60678 | - | | | | | | 12,138.06 |
| Account No. | | | materials suppliers | | | | |
| Case Paper Company 72458 Eagle Way Chicago, IL 60678 | - | | | | | | 3,889.60 |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **37,777.70**

Form B6F - Cont.
(12/03)

In re    **Tarco Printing, Inc.**                                          ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Catalyst Technology Solutions** **134 Congress Street** **Williams Bay, WI 53191** | | - | | | utility maintenance, repair & equipment | | | | 945.00 |
| Account No. **Central Ink Corp.** **Lock Box 97274** **Chicago, IL 60690** | | - | | | materials suppliers | | | | 10,376.84 |
| Account No. 5183-3740-4003-1467 **Chase** **P.O. Box 52095** **Phoenix, AZ 85072** | | - | | | finance, leasing, medical, insurance and taxes | | | | 6,969.37 |
| Account No. **Chicago Laminating, Inc.** **125 Weiler Road** **Arlington Heights, IL 60005** | | - | | | support services | | | | 39,362.93 |
| Account No. **Crossbow Industrial Water** **33156 Treasury Center** **Chicago, IL 60691** | | - | | | utility maintenance, repair & equipment | | | | 190.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,844.14

Form B6F - Cont.
(12/03)

In re **Tarco Printing, Inc.** _____ , Case No. _____

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | utility maintenance, repair & equipment | | | | |
| **Crown Lift Trucks** **2055 Hammond Drive** **Schaumburg, IL 60173** | | - | | | | | 832.39 |
| Account No. | | | three computer systems | | | | |
| **Dell Finance Services** **P.O. Box 5292** **Carol Stream, IL 60197** | | - | | | | | 1,500.00 |
| Account No. | | | support services | | | | |
| **Delta-V** **Delta Press** **3550 N. Lombard** **Franklin Park, IL 60131** | | - | | | | | 10,496.44 |
| Account No. | | | support services | | | | |
| **Elite Staffing** **Slot 302157** **P.O. Box 66973** **Chicago, IL 60666** | | - | | | | | 6,075.04 |
| Account No. | | | support services | | | | |
| **Federal Express** **P.O. Box 7221** **Pasadena, CA 91109-7221** | | - | | | | | 4,450.15 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,354.02

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re **Tarco Printing, Inc.** ,                                      Case No. _____
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FNT Transportation Services, Inc.**<br>**10 E. Progress Road**<br>**Lombard, IL 60148** | - | | support services | | | | 19,316.11 |
| Account No.<br><br>**Gane Brothers & Lane, Inc.**<br>**4186 Paysphere Circle**<br>**Chicago, IL 60674** | - | | materials suppliers | | | | 829.48 |
| Account No.<br><br>**Garland Converting Corp.**<br>**945 Larch Avenue**<br>**Elmhurst, IL 60126** | - | | support services | | | | 1,760.00 |
| Account No.<br><br>**Gene Goodwille Co.**<br>**1820 N. 30th Avenue**<br>**Melrose Park, IL 60160** | - | | materials suppliers | | | | 17,474.67 |
| Account No.<br><br>**Gradei's Express**<br>**2035 N. 15th Avenue**<br>**Melrose Park, IL 60160** | - | | support services | | | | 16,004.82 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **55,385.08**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tarco Printing, Inc.**                                          ,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | utility maintenance, repair & equipment | | | | |
| **Grand Rapids Printing, Inc.** **1365 Judd Avenue S.W.** **Grand Rapids, MI 49509** | - | | | | | | 4,953.50 |
| Account No. | | | utility maintenance, repair & equipment | | | | |
| **Graphic Arts Finish** **1990 N. Mannheim** **Melrose Park, IL 60160** | - | | | | | | 3,018.23 |
| Account No. | | | support services | | | | |
| **Graphic Converting, Inc.** **3686 Paysphere Circle** **Chicago, IL 60674** | - | | | | | | 3,189.63 |
| Account No. | | | utility maintenance, repair & equipment | | | | |
| **Heidelberg USA, Inc.** **P.O. Box 845180** **Dallas, TX 75284** | - | | | | | | 1,943.90 |
| Account No. | | | support services | | | | |
| **Heritage  Crystal Clean** **P.O. Box 68123** **Indianapolis, IN 46268** | - | | | | | | 8,449.86 |

Sheet no. __**7**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,555.12

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tarco Printing, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Hinckley Springs <br> P.O. Box 1888 <br> Bedford Park, IL 60499 | - | | support services | | | | 373.26 |
| Account No. **4250** <br><br> Hydra-Vac Inc. <br> 35991 Highway 21 N. <br> Gurnee, IL 60031 | - | | support services | | | | 4,574.37 |
| Account No. <br><br> Industrial Towel & Uniform Co. <br> 2700 S. 169th Street <br> New Berlin, WI 53151 | - | | support services | | | | 4,626.93 |
| Account No. <br><br> Jayes Cleaning Service <br> 140 Stanley Street <br> Elk Grove Village, IL 60007 | - | | utility maintenance, repair & equipment | | | | 37.80 |
| Account No. <br><br> JM&M Services <br> 371 Meyer Road <br> Bensenville, IL 60106 | - | | support services | | | | 4,584.88 |

Sheet no. __8__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,197.24

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Tarco Printing, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Jorgenson Press, Inc. P.O. Box 331 Muskego Muskego, WI 53150 | - | | utility maintenance, repair & equipment | | | | 612.80 |
| Account No.  Jorson & Carlson 1501 Pratt Blvd. P.O. Box 796 Elk Grove Village, IL 60007 | - | | support services | | | | 6,275.29 |
| Account No.  KBM Industrial, Inc. 818 Westwood Avenue Addison, IL 60101 | - | | support services | | | | 169.25 |
| Account No.  Komori America P.O. Box 515486 Los Angeles, CA 90051 | - | | utility maintenance, repair & equipment | | | | 5,641.63 |
| Account No.  Krage's, Inc. 191 E. Lake Street Addison, IL 60101 | - | | utility maintenance, repair & equipment | | | | 2,142.90 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,841.87**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Tarco Printing, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | utility maintenance, repair & equipment | | | | |
| Lif-Tech Quality Forklift Service 1020 Public Drive Addison, IL 60101 | | | | | | | | 1,414.39 |
| Account No. | | - | | materials suppliers | | | | |
| Martino Paper Co. P.O. Box 13455 Milwaukee, WI 53213 | | | | | | | | 3,477.17 |
| Account No. | | - | | support services | | | | |
| McMaster-Carr Supply Co. P.O.Box 7690 Chicago, IL 60680 | | | | | | | | 168.55 |
| Account No. | | - | | support services | | | | |
| McNamer Tool 511 Interstate Road Addison, IL 60101 | | | | | | | | 599.50 |
| Account No. | | - | | support services | | | | |
| Metrostaff 94 Mitchell Circle Wheaton, IL 60187 | | | | | | | | 111,681.06 |

Sheet no. __10__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **117,340.67**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tarco Printing, Inc.**                                    ,     Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Microforms, Inc.**<br>**5971 Product Drive**<br>**Sterling Heights, MI 48312** | - | | **support services** | | | | 358.00 |
| Account No.<br><br>**Midland Paper Unlimited**<br>**135 S. LaSalle Street**<br>**Dept. 1140**<br>**Chicago, IL 60674** | - | | **materials suppliers** | | | | 37,908.89 |
| Account No.<br><br>**Midwest Courier, Inc.**<br>**P.O. Box 480395**<br>**Niles, IL 60714** | - | | **support services** | | | | 1,996.74 |
| Account No.<br><br>**MSM Printing**<br>**730 S. 75th Street**<br>**Omaha, NE 68114** | - | | **support services** | | | | 524.69 |
| Account No.<br><br>**Murnane Paper Company**<br>**135 S. LaSalle Street**<br>**Dept. 2933**<br>**Chicago, IL 60674** | - | | **materials suppliers** | | | | 136,873.16 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

177,661.48

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Tarco Printing, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Nelson Fire Protection** <br> **11028 Raleigh Court** <br> **Rockford, IL 61115** | - | | support services | | | | 480.00 |
| Account No. <br><br> **Oldham Group** <br> **121 Hall Street** <br> **Rockford, IL 61107** | - | | materials suppliers | | | | 465.28 |
| Account No. <br><br> **Perfect Temperature** <br> **1575 S. Mt. Prospect Rd.** <br> **Des Plaines, IL 60018** | - | | utility maintenance, repair & equipment | | | | 3,083.45 |
| Account No. <br><br> **Peterson Roofing, Inc.** <br> **403 N. Salem** <br> **Arlington Heights, IL 60005** | - | | utility maintenance, repair & equipment | | | | 925.00 |
| Account No. <br><br> **Pitney Bowes Credit Corp** <br> **P.O. Box 85460** <br> **Louisville, KY 40285** | - | | finance, leasing, medical, insurance and taxes | | | | 1,945.29 |

Sheet no. __12__ of __20__ sheets attached to Schedule of    Subtotal    6,899.02
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Tarco Printing, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Platnium Converting** <br> **263 Richert Road** <br> **Wood Dale, IL 60191** | - | | | support services | | | | 14,782.78 |
| Account No. <br><br> **Polaroid Graphic Imaging, LLC** <br> **P.O. Box 73808** <br> **Chicago, IL 60673** | - | | | utility maintenance, repair & equipment | | | | 3,285.01 |
| Account No. <br><br> **Press Sense, Inc.** <br> **P.O. Box 725** <br> **Lemont, IL 60439** | - | | | materials suppliers | | | | 416.99 |
| Account No. **TARP1270AR** <br><br> **Prestige Box Corporation** <br> **P.O. Box 428** <br> **Great Neck, NY 11022-0428** | - | | | materials suppliers | | | | 108.55 |
| Account No. **328779** <br><br> **Prime Office Products** <br> **400 S. Jefferson St.** <br> **Chicago, IL 60607** | - | | | materials suppliers | | | | 934.96 |

Sheet no. __13__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **19,528.29**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tarco Printing, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Primesource an Enovation Co.<br>850 Central Avenue<br>Hanover Park, IL 60133** | | - | **materials suppliers** | | | | **82,084.48** |
| Account No.<br><br>**Printers' Service<br>P.O. Box 5120<br>Newark, NJ 07105** | | - | **support services** | | | | **58.19** |
| Account No.<br><br>**Roscoe<br>P.O. Box 4804<br>Chicago, IL 60680** | | - | **support services** | | | | **1,597.71** |
| Account No.<br><br>**Rotadyne<br>135 S. LaSalle Street<br>Dept. 2251<br>Chicago, IL 60674-2251** | | - | **utility maintenance, repair & equipment** | | | | **237.12** |
| Account No.<br><br>**Royse Manufacturing Co.<br>P.O. Box 612052<br>Dallas, TX 75261** | | - | **utility maintenance, repair & equipment** | | | | **461.86** |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **84,439.36**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Tarco Printing, Inc.__                                    ,       Case No. _____
                                    **Debtor**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rubachem Systems, Inc.**<br>**P.O. Box 9841**<br>**Englewood, NJ 07631** | - | | **materials suppliers** | | | | 1,001.11 |
| Account No.<br><br>**Samuel Caminiti, Inc.**<br>**299 W. Fullerton**<br>**Elmhurst, IL 60126** | - | | **support services** | | | | 4,443.00 |
| Account No.<br><br>**SI Industries of WI, Inc.**<br>**P.O. Box 742**<br>**Watertown, WI 53094** | - | | **utility maintenance, repair & equipment** | | | | 791.25 |
| Account No.<br><br>**Specialties Ties Binding, Inc.**<br>**1100 W. Touhy**<br>**Elk Grove Village, IL 60007** | - | | **support services** | | | | 11,756.00 |
| Account No.<br><br>**Sprint Electronic**<br>**1575 Jarvis Avenue**<br>**Elk Grove Village, IL 60007** | - | | **utility maintenance, repair & equipment** | | | | 2,778.35 |

Sheet no. __15__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,769.71

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Tarco Printing, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | utility maintenance, repair & equipment | | | | |
| Steen, Larry 163 Royal Ct. Bloomingdale, IL 60108 | - | | | | | | 180.00 |
| Account No. | | | materials suppliers | | | | |
| Sun Graphics, Inc. 3281 Paysphere Circle Chicago, IL 60674 | - | | | | | | 287.00 |
| Account No. | | | support services | | | | |
| Superior Printing Inc. Co. 70 Bethune Street New York, NY 10014 | - | | | | | | 84,103.59 |
| Account No. | | | support services | | | | |
| Team Concepts Printing/Thermography 540 Tower Blvd. Carol Stream, IL 60188 | - | | | | | | 164.50 |
| Account No. | | | utility maintenance, repair & equipment | | | | |
| Thompson Manufacturing Co. 6315 E. 12th Street Tulsa, OK 74112 | - | | | | | | 1,082.35 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

85,817.44

Form B6F - Cont.
(12/03)

In re **Tarco Printing, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No.<br><br>**Timely Courier**<br>**2301 Arthur Court, Suite 100**<br>**Schiller Park, IL 60176** | | - | | | support services | | | | 9,553.64 |
| Account No.<br><br>**Toyo Ink America LLC**<br>**P.O. Box 94006**<br>**Chicago, IL 60690** | | - | | | materials suppliers | | | | 190.33 |
| Account No.<br><br>**Type Tech Inc.**<br>**298 E. Kenilworth Ave., Suite B**<br>**Villa Park, IL 60181** | | - | | | utility maintenance, repair & equipment | | | | 535.50 |
| Account No.<br><br>**Uline**<br>**2200 S. Lakeside Drive**<br>**Waukegan, IL 60085** | | - | | | materials suppliers | | | | 527.01 |
| Account No.<br><br>**Unisource Paper Co.**<br>**7472 Collection Center Drive**<br>**Chicago, IL 60693** | | - | | | materials suppliers | | | | 30,780.52 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  41,587.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __**Tarco Printing, Inc.**_____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**United Mileage Plus Visa**<br>**P.O. Box 50882**<br>**Henderson, NV 89016** | | - | | finance, leasing, medical, insurance and taxes | | | | 1,956.27 |
| Account No.<br><br>**UPS**<br>**Lock Box 577**<br>**Carol Stream, IL 60132** | | - | | finance, leasing, medical, insurance and taxes | | | | 4,046.78 |
| Account No.<br><br>**Valley Forms, Inc.**<br>**P.O. Box 148**<br>**Spring Valley, IL 61362** | | - | | support services | | | | 2,271.37 |
| Account No.<br><br>**Vits-America**<br>**200 Corporate Drive**<br>**Bradley Corporate Park**<br>**Blauvelt, NY 10913** | | - | | utility maintenance, repair & equipment | | | | 322.47 |
| Account No. **152-8094242-2008-9**<br><br>**Waste Management Billing Dept.**<br>**1411 Opus Place, Suite 400**<br>**Downers Grove, IL 60515** | | - | | utility maintenance, repair & equipment | | | | 1,238.30 |

Sheet no. __**18**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,835.19

Form B6F - Cont.
(12/03)

In re  **Tarco Printing, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No.<br><br>Weko North America, Inc.<br>67 Harned Road<br>Commack, NY 11725 | - | | | | support services | | | | 199.33 |
| Account No.<br><br>Western States Envelope<br>P.O. Box 88984<br>Milwaukee, WI 53288 | - | | | | support services | | | | 434.35 |
| Account No.<br><br>Wisconsin, Illinois Service<br>1221 Carol Crest Drive<br>Sleepy Hollow, IL 60118 | - | | | | utility maintenance, repair & equipment | | | | 3,100.78 |
| Account No.<br><br>WWF Paper Corp.<br>c/o Abrams & Abrams, P.C.<br>75 E. Wacker Drive, Suite 320<br>Chicago, IL 60601 | - | | | | payments pursuant to Stipulation for Payment 03L4061 | | | | 227,056.21 |
| Account No.<br><br>WWF Paper Corp.<br>c/o Abrams & Abrams, P.C.<br>75 E. Wacker Drive, Suite 320<br>Chicago, IL 60601 | - | | | | materials suppliers | | | | 212,056.21 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

442,846.88

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Tarco Printing, Inc.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | materials suppliers | | | | |
| XPEDX P.O. Box 0978 Dallas, TX 75312-0978 | - | | | | | | | 532,640.57 |
| Account No. | | | | utility maintenance, repair & equipment | | | | |
| ZEP Manufacturing 13237 Collections Center Drive Chicago, IL 60693-0132 | - | | | | | | | 216.40 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 532,856.97 |
| Total (Report on Summary of Schedules) | | 1,863,163.10 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Tarco Printing, Inc.**                                        ,   Case No. _____

                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ben L. Reckards** **677 Nelson Court** **Geneva, IL 60134** | **non residential lease of real property @ $32,860.00 per month net, net, net January 1, 2005 to December 31, 2010** |
| **CIT Equipment Finance** **P.O. Box 54224** **Los Angeles, CA 90074** | **electronic plate making system and supporting software @ $12,880.46 to $10,492.10 depending upon credits for consumable suppliers** |
| **Dell Finance Services** **P.O. Box 5292** **Carol Stream, IL 60197** | **three computer systems at $149.64 per month and $216.06 per month** |
| **EKCC** **P.O. Box 740729** **Atlanta, GA 30374** | **two sets of digital color proofing equipment sale agreement @ $1,772.79 per month** |
| **Graybar Financial Services** **11885 Lackland Road** **Saint Louis, MO 63146** | **in office telephone systems @ $737.90 per month through April, 2006** |
| **PBCC** **Pitney Bowes Credit Corp** **P.O. Box 85460** **Louisville, KY 40285** | **Automatic mailing/ postage machine @$532.00 per month through December, 2005** |
| **Roscoe Company** **3536 W. Harrison St.** **Chicago, IL 60624** | **uniform rentals** |

      **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re     **Tarco Printing, Inc.**                                                    ,     Case No. _____
                                                      Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ben L. Reckards**<br>**677 Nelson Court**<br>**Geneva, IL 60134** | **Bloomindale Bank & Trust**<br>**150 S. Bloomindale Rd**<br>**Bloomingdale, IL 60108** |
| **Ben L. Reckards**<br>**677 Nelson Court**<br>**Geneva, IL 60134** | **GMAC**<br>**P.O. Box 217060**<br>**Auburn Hills, MI 48321** |
| **Ben L. Reckards**<br>**677 Nelson Court**<br>**Geneva, IL 60134** | **CIT Equipment Finance**<br>**P.O. Box 54224**<br>**Los Angeles, CA 90074** |
| **Jeff H. Reckards**<br>**6 N079 Oak Run Court**<br>**Saint Charles, IL 60175** | **EKCC**<br>**P.O. Box 740729**<br>**Atlanta, GA 30374** |
| **Jeff H. Reckards**<br>**6 N079 Oak Run Court**<br>**Saint Charles, IL 60175** | **Bloomindale Bank & Trust**<br>**150 S. Bloomindale Rd**<br>**Bloomingdale, IL 60108** |
| **Jeff H. Reckards**<br>**6 N079 Oak Run Court**<br>**Saint Charles, IL 60175** | **Ford Credit**<br>**P.O. Box 64400**<br>**Colorado Springs, CO 80962** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Tarco Printing, Inc.**                                              Case No. _____

_____        Chapter    **11**
                                    Debtor(s)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


            I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing summary and schedules, consisting of ___**32**___ sheets *[total shown on summary page plus 1]*,
and that they are true and correct to the best of my knowledge, information, and belief.


Date  **May 20, 2005**                              Signature    **/s/ Jeff H. Reckards**
                                                              **Jeff H. Reckards**
                                                              **President**


    *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Tarco Printing, Inc.**

Case No.

Debtor(s)

Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$4,534,066.00** | **2003 total income, line 6, 1120** |
| **$4,590,892.00** | **2002 total income, line 6, 1120** |
| **$2,240,848.00** | **2004 balance sheet net of costs of goods sold** |

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

**3. Payments to creditors**

None
☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
| Alvarez, Leticia | | $5,750.40 |
| Anderson, Daniel | | $12,790.59 |
| Burns, Mark | | $1,830.08 |
| Bustos, Cruz | | $11,211.75 |
| Bustos, Gullermo | | $7,801.27 |
| Bustos, Pedro | | $12,752.50 |
| Campos, Manuel | | $7,238.28 |
| De La Isla Moreno, Luis | | $14,192.92 |
| Deering, Raymond | | $5,158.17 |
| Ditch, Alan | | $38,189.00 |
| Doyle, Kim | | $24,099.20 |
| Fantino, Andrea | | $15,855.30 |
| Fillipp, Melvyn | | $16,419.00 |
| Fiorenzo, Joseph | | $11,700.00 |
| Garcia, Luz | | $4,903.20 |
| Gerstein, Norm | | $13,788.30 |
| Gutbrod, Eric | | $14,980.50 |
| Herrera, Silvio | | $11,894.04 |
| Hess, Michael | | $3,051.00 |
| Ibeling, Kenneth | | $13,163.16 |
| Jacobo, Humberto | | $11,328.75 |
| Kastner, James | | $12,902.40 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
| Kliner, Kevin | | $24,075.84 |
| Koch, Renee | | $14,381.46 |
| Konieczny, Frank | | $4,856.65 |
| Kurzbuch, Cheri | | $19,348.95 |
| Leguizamon, Emilio | | $13,510.00 |
| Lobraco, Michael | | $28,346.04 |
| Lunetta, Ronald | | $22,400.00 |
| Lussow, Audrew | | $10,080.00 |
| Malone, Anthony | | $19,254.72 |
| Mandarino, Richard | | $12,748.13 |
| Nalezny, Lance | | $17,634.52 |
| Ostness, Marian | | $15,859.20 |
| Pelzer, Brett | | $23,781.00 |
| Pokorny, Mary Kay | | $6,902.52 |
| Quinn, Daniel | | $15,240.96 |
| Ben Reckards | | $2,740.00 |
| Reckards, Howard | | $5,782.00 |
| Reckards, Jeff | | $6,206.00 |
| Schmutz, Marian | | $18,316.84 |
| Severs, Thomas | | $11,661.28 |
| Shaw, Jeff | | $17,097.64 |
| Skowron, Michael | | $6,762.00 |
| Solon, Reynaldo | | $9,895.68 |
| Speidel, Mark | | $13,420.86 |
| Spinelli, Arthur | | $16,665.60 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
| Tejada, Salvador | | $9,882.09 |
| Urlaub, Scott | | $12,665.10 |
| Walker, Nancy | | $8,435.28 |
| Waring, Lawrence | | $43,975.00 |
| Watt, Ronald | | $5,733.13 |
| Whalen, Jerry | | $16,149.00 |
| Zuardo, Joseph | | $22,926.24 |
| CIT Equipment Finance | | $10,682.27 |
| Harris Bank of Barrington | | $3,144.36 |
| Graybar Financial Services | | $1,574.54 |
| Dell Financial Services | | $613.00 |
| Ford Motor Credit | | $1,325.51 |
| GMAC | | $1,355.76 |
| Bloomindale Bank & Trust | | $117,231.37 |
| AFolding Machine Service | | $20.00 |
| Adhesive Binding | | $30,171.80 |
| Advance Graphic Equipment | | $1,481.48 |
| Akiyama International Corp. | | $12,061.88 |
| American Express | | $1,360.18 |
| American First Aid | | $419.99 |
| Americomm | | $18.90 |
| Amflex Packaging | | $4,146.64 |
| Andrews Converting | | $11,380.36 |
| ASI Mailing | | $1,592.76 |
| Bearing Headquarters | | $7.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
| Bell Finishers | | $783.00 |
| Bisco Interantional | | $611.51 |
| Blast Away Technologies | | $1,040.00 |
| Blue Cross Blue Sheild of Illinois | | $59,452.57 |
| Bottcher America | | $5,862.96 |
| BP | | $332.97 |
| BP | | $1,025.22 |
| BP | | $495.17 |
| Bruce Paradise | | $5,600.00 |
| Burton Partners, Ltd. | | $585.00 |
| Catalyst Technology Solutions | | $485.00 |
| Central Ink | | $1,000.00 |
| Ceridian | | $279.60 |
| Chase Mastercard | | $950.00 |
| Chicago Laminating | | $14,686.95 |
| Cingular | | $731.00 |
| Citgo | | $173.30 |
| Citgo | | $514.54 |
| Citgo | | $184.14 |
| CP Sales Co. | | $271.12 |
| Crossbow Industries Water | | $95.00 |
| Crown Lift Truck | | $221.03 |
| DEK Sevices | | $739.22 |
| Delta Press, Inc. | | $15,004.23 |
| Discount Labels | | $910.65 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
| **EFTPS-940** | | **$2,855.76** |
| **EFTPS-941** | | **$183,996.92** |
| **EKCC** | | **$4,848.03** |
| **Elite Staffing** | | **$4,302.00** |
| **Enovation** | | **$84,408.19** |
| **Exxonmobile** | | **$189.12** |
| **Exxonmobile** | | **$474.16** |
| **Exxonmobile** | | **$383.15** |
| **Federal Express** | | **$5,706.68** |
| **FNT Transportation Services** | | **$6,243.12** |
| **Gane Bros & Lane, Inc.** | | **$804.80** |
| **Garland Converting Corp.** | | **$434.00** |
| **Gane Bros & Lane, Inc.** | | **$6,890.74** |
| **Goes Lithographing Co.** | | **$155.04** |
| **Gradei's Etpress** | | **$5,161.84** |
| **Grand Rapids Printing, Inc.** | | **$3,467.30** |
| **Graphic Arts Specialties** | | **$3,404.58** |
| **Graphic Converting** | | **$4,221.40** |
| **Guardian Life Ins. Co.** | | **$5,529.36** |
| **Heidelberg, USA, Inc.** | | **$2,062.50** |
| **Heritage Crystal Clean** | | **$4,495.44** |
| **Hinckley Springs** | | **$660.63** |
| **Hohner Stiching Products** | | **$729.12** |
| **Hydra-Vac, Inc.** | | **$489.28** |
| **IL Dept. of Employment** | | **$45,308.42** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
| **IL Dept. of Revenue -IL-501** | | **$17,334.82** |
| **IL Dept. of Revenue Sales Tax** | | **$14,881.06** |
| **IL EPA** | | **$200.00** |
| **Industrial Towel & Uniform Co.** | | **$4,110.94** |
| **Internal Revenue Service** | | **$2,515.48** |
| **Jayes Cleaning Service** | | **$47.80** |
| **Jorgenson Press, Inc.** | | **$1,253.47** |
| **Jorson & Carlson** | | **$512.85** |
| **Krage's Inc.** | | **$847.22** |
| **Kustom Services, Inc.** | | **$847.22** |
| **Lif-Teck Forklift Service** | | **$703.39** |
| **Man Roland USA** | | **$45.28** |
| **Martino Paper** | | **$12,621.72** |
| **MCMaster-Car Supply Co.** | | **$409.08** |
| **McNamer Tools** | | **$546.51** |
| **Megtec Systems** | | **$276.52** |
| **MetLife Small Business Center** | | **$2,886.60** |
| **Metrostaff** | | **$29,332.87** |
| **Midland Container** | | **$749.25** |
| **Midland Paper** | | **$29,444.28** |
| **Miller Landscaping** | | **$210.00** |
| **Murname Paper** | | **$32,639.06** |
| **Murrco, Inc.** | | **$159.00** |
| **Olympic Bindery** | | **$350.54** |
| **Oxy Dry Supplies** | | **$326.70** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
| **Pallet Services, Inc.** | | **$450.00** |
| **PC Mall** | | **$2,123.06** |
| **Peel & Stik Adhesive Products Inc.** | | **$339.00** |
| **Perfect Temperature** | | **$7,085.24** |
| **Pitney Bowes Credit Corp.** | | **$1,688.08** |
| **Platnium Converting** | | **$6,203.66** |
| **Press Sense, Inc.** | | **$508.00** |
| **Printers' Service** | | **$2,690.65** |
| **Quog Ellex** | | **$132.25** |
| **Riverside Packaging** | | **$249.29** |
| **Roscoe** | | **$2,654.20** |
| **Sams Club Credit** | | **$673.74** |
| **Rubachem Systems** | | **$1,001.11** |
| **Samuel Caminiti, Inc.** | | **$673.74** |
| **Service Insurance Agency, Inc.** | | **$3,000.00** |
| **Shell** | | **$39.36** |
| **Shell** | | **$256.76** |
| **SI Industries of WI, Inc.** | | **$1,449.00** |
| **Specialties Binding, Inc.** | | **$4,655.86** |
| **Sprint** | | **$3,248.62** |
| **State Disbursement** | | **$2,197.68** |
| **Super Web** | | **$2,817.26** |
| **Superior Printing Co.** | | **$30,705.83** |
| **Tarco-401K** | | **$33,221.11** |
| **Team Concept Printing** | | **$95.65** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID |
|---|---|---|
| Tech Services | | $2,900.00 |
| Test American Analytical Testing Corp. | | $1,505.00 |
| Thompson Manufacturing | | $854.85 |
| Timely Courier | | $3,143.97 |
| Toyo Inc. America | | $251.16 |
| Uline | | $31.33 |
| Unisource Paper Co. | | $22,309.31 |
| United Mileage Plus Visa | | $898.82 |
| UPS | | $3,153.39 |
| US Adhesives | | $319.77 |
| Valley Forms, Inc. | | $1,348.13 |
| Verizon Wireless | | $268.36 |
| Verizon Wireless | | $229.46 |
| Verizon Wireless | | $440.95 |
| Victor Envelope | | $4,477.75 |
| Wadsworth Pump | | $417.00 |
| Waste Managment | | $1,220.00 |
| Western States Envelope | | $1,935.65 |
| Wisdom | | $1,276.00 |
| WWF Forest Atwood | | $15,000.00 |
| XPEDX | | $40,596.65 |
| Zep Manufacturing | | $142.68 |
| Dell Financial Services | | $1,080.30 |
| Americare National Hygiene | | $260.00 |

| None | b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| ☐ | |

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID |
|---|---|---|
| **Ben L. Reckards, Landlord and Chief<br>Financial Officer of debtor** | | **$361,340.48** |
| **Jeff H. Reckards, President** | | **$243,450.93** |
| **Kal & Koeppel, Attorneys** | | **$4,195.30** |
| **Bruce Paradise, Accountants** | | **$29,390.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

| None | a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| ☒ | |

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

| None | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| ☒ | |

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

| None | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| ☐ | |

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|
| **Komori America**<br>**P.O. Box 515486**<br>**Los Angeles, CA 90051** | **February, 2005** | **Komori Systems 20 Web Press** |

### 6. Assignments and receiverships

| None | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
| ☒ | |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☒ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Benjamin, Bernman & Brom, LLC**<br>**216 W. Jackson Blvd., Suite 330**<br>**Chicago, IL 60606** | **May 6, 2005** | **$15,000.00** |

### 10. Other transfers

None ☒ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
☒

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☒    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bruce Paradise, CPA**<br>**1019 W. Wise Road, Suite 101**<br>**Schaumburg, IL 60193** | **2001 to present** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Bloomindale Bank & Trust** | **150 S. Bloomindale Rd**<br>**Bloomingdale, IL 60108** | **February, 2005** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Bruce Paradise, CPA** | **1019 W. Wise Rd., Suite 101**<br>**Schaumburg, IL 60193** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bloomindale Bank & Trust**<br>**150 S. Bloomindale Rd**<br>**Bloomingdale, IL 60108** | **December, 2005** |

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **April, 2005** | **Jeff Reckards** | **$10,000.00** |
| **December, 2005** | **Jeff Reckards** | **$10,000.00** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **April, 2005** | **.** |
| **December, 2005** | **.** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Jeff H. Reckards** | **President** | **100%** |
| **Ben L. Reckards** | **CFO** | **0%** |
| **Ron Lunetta** | **Vice President** | **0%** |

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jeff H. Reckards** | **President** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jeff H. Reckards** | **payroll** | **$233,941.07** |
| **Ben L. Reckards** | **rent** | **$249,060.00** |
| **Ron Lunetta** | **payroll** | **$60,744.58** |
| **Jeff H. Reckards** | **loan repayment** | **9,509.86** |
| **Ben L. Reckards** | **repayment of loans** | **$97,612.48** |
| **Ben L. Reckards** | **Salary** | **$8,765.83** |
| **Ron Lunetta** | **expenses** | **$6,600.00** |

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER
**Tarco Printing Inc.**                                       **36-3666504**
**Profit Sharing Trust**


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **May 20, 2005**                    Signature   **/s/ Jeff H. Reckards**
                                                       **Jeff H. Reckards**
                                                       **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Tarco Printing, Inc.** _____,    Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeff Reckards** | **Common** | **100%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**May 20, 2005**_____    Signature__**/s/ Jeff H. Reckards**_____

**Jeff H. Reckards**
**President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____  continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Northern District of Illinois

In re **Tarco Printing, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **105**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 20, 2005**

**/s/ Jeff H. Reckards**

**Jeff H. Reckards**/**President**
Signer/Title

Accurate Office Supply
260 Gerzevski Lane
Carol Stream, IL 60188-2049


AGFA Corporation Dept.
CH 1-116
Palatine, IL 60055-0116


Akiyama International Corp.
1331 E. 166th Street
Cerritos, CA 90703


American Express
c/o Becket & Lee
16 General Warren Blvd.
Malvern, PA 19355


American First Aid
2354 Hassell Road Suite C
Hoffman Estates, IL 60195


American Overhead Door Co.
2125 Hammond Drive
Schaumburg, IL 60173


Americare National Hygiene
225 Laura Drive Unit B
Addison, IL 60101


Amerigas Palatine
522 S. Vermont Street
Palatine, IL 60067


Amflex Packaging Corp
3350 Main Street
Skokie, IL 60076


Andrews Converting
707 E. 47th Street
La Grange, IL 60525


ASI Mailing
1717 W. Armitage Court
Addison, IL 60101

Bartlett Process Camera, Inc.
527 Lunt Avenue
Schaumburg, IL 60193


Bearing Headquarters, Co.
109 N. Lively Blvd.
Elk Grove Village, IL 60007


Bell Finishers
3001 Soffel
Melrose Park, IL 60160


Bisco International, Inc.
543 Grandville
Hillside, IL 60162


Bloomindale Bank & Trust
150 S. Bloomindale Rd
Bloomingdale, IL 60108


Bruce Paradise CPA
1019 W. Wise Road, Suite 101
Schaumburg, IL 60193


Cardinal Cartridge, Inc.,
Slot 302118
P.O. Box 66973
Chicago, IL 60666


Case Paper
72458 Eagle Way
Chicago, IL 60678


Case Paper Company
72458 Eagle Way
Chicago, IL 60678


Catalyst Technology Solutions
134 Congress Street
Williams Bay, WI 53191


Central Ink Corp.
Lock Box 97274
Chicago, IL 60690

Chase
P.O. Box 52095
Phoenix, AZ 85072


Chicago Laminating, Inc.
125 Weiler Road
Arlington Heights, IL 60005


Crossbow Industrial Water
33156 Treasury Center
Chicago, IL 60691


Crown Lift Trucks
2055 Hammond Drive
Schaumburg, IL 60173


Dell Finance Services
P.O. Box 5292
Carol Stream, IL 60197


Delta-V
Delta Press
3550 N. Lombard
Franklin Park, IL 60131


Elite Staffing
Slot 302157
P.O. Box 66973
Chicago, IL 60666


Federal Express
P.O. Box 7221
Pasadena, CA 91109-7221


FNT Transportation Services, Inc.
10 E. Progress Road
Lombard, IL 60148


Ford Credit
P.O. Box 64400
Colorado Springs, CO 80962


Gane Brothers & Lane, Inc.
4186 Paysphere Circle
Chicago, IL 60674

Garland Converting Corp.
945 Larch Avenue
Elmhurst, IL 60126


Gene Goodwille Co.
1820 N. 30th Avenue
Melrose Park, IL 60160


GMAC
P.O. Box 217060
Auburn Hills, MI 48321


Gradei's Express
2035 N. 15th Avenue
Melrose Park, IL 60160


Grand Rapids Printing, Inc.
1365 Judd Avenue S.W.
Grand Rapids, MI 49509


Graphic Arts Finish
1990 N. Mannheim
Melrose Park, IL 60160


Graphic Converting, Inc.
3686 Paysphere Circle
Chicago, IL 60674


Heidelberg USA, Inc.
P.O. Box 845180
Dallas, TX 75284


Heritage  Crystal Clean
P.O. Box 68123
Indianapolis, IN 46268


Hinckley Springs
P.O. Box 1888
Bedford Park, IL 60499


Hydra-Vac Inc.
35991 Highway 21 N.
Gurnee, IL 60031

Industrial Towel & Uniform Co.
2700 S. 169th Street
New Berlin, WI 53151


IRS
Cincinnati, OH 45999


Jayes Cleaning Service
140 Stanley Street
Elk Grove Village, IL 60007


JM&M Services
371 Meyer Road
Bensenville, IL 60106


Jorgenson Press, Inc.
P.O. Box 331 Muskego
Muskego, WI 53150


Jorson & Carlson
1501 Pratt Blvd.
P.O. Box 796
Elk Grove Village, IL 60007


KBM Industrial, Inc.
818 Westwood Avenue
Addison, IL 60101


Komori America
P.O. Box 515486
Los Angeles, CA 90051


Krage's, Inc.
191 E. Lake Street
Addison, IL 60101


Lif-Tech Quality Forklift Service
1020 Public Drive
Addison, IL 60101


Martino Paper Co.
P.O. Box 13455
Milwaukee, WI 53213

McMaster-Carr Supply Co.
P.O.Box 7690
Chicago, IL 60680


McNamer Tool
511 Interstate Road
Addison, IL 60101


Metrostaff
94 Mitchell Circle
Wheaton, IL 60187


Microforms, Inc.
5971 Product Drive
Sterling Heights, MI 48312


Midland Paper Unlimited
135 S. LaSalle Street
Dept. 1140
Chicago, IL 60674


Midwest Courier, Inc.
P.O. Box 480395
Niles, IL 60714


MSM Printing
730 S. 75th Street
Omaha, NE 68114


Murnane Paper Company
135 S. LaSalle Street
Dept. 2933
Chicago, IL 60674


Nelson Fire Protection
11028 Raleigh Court
Rockford, IL 61115


Oldham Group
121 Hall Street
Rockford, IL 61107


Perfect Temperature
1575 S. Mt. Prospect Rd.
Des Plaines, IL 60018

Peterson Roofing, Inc.
403 N. Salem
Arlington Heights, IL 60005


Pitney Bowes Credit Corp
P.O. Box 85460
Louisville, KY 40285


Platnium Converting
263 Richert Road
Wood Dale, IL 60191


Polaroid Graphic Imaging, LLC
P.O. Box 73808
Chicago, IL 60673


Press Sense, Inc.
P.O. Box 725
Lemont, IL 60439


Prestige Box Corporation
P.O. Box 428
Great Neck, NY 11022-0428


Prime Office Products
400 S. Jefferson St.
Chicago, IL 60607


Primesource an Enovation Co.
850 Central Avenue
Hanover Park, IL 60133


Printers' Service
P.O. Box 5120
Newark, NJ 07105


Roscoe
P.O. Box 4804
Chicago, IL 60680


Rotadyne
135 S. LaSalle Street
Dept. 2251
Chicago, IL 60674-2251

Royse Manufacturing Co.
P.O. Box 612052
Dallas, TX 75261


Rubachem Systems, Inc.
P.O. Box 9841
Englewood, NJ 07631


Samuel Caminiti, Inc.
299 W. Fullerton
Elmhurst, IL 60126


SI Industries of WI, Inc.
P.O. Box 742
Watertown, WI 53094


Specialties Ties Binding, Inc.
1100 W. Touhy
Elk Grove Village, IL 60007


Sprint Electronic
1575 Jarvis Avenue
Elk Grove Village, IL 60007


Steen, Larry
163 Royal Ct.
Bloomingdale, IL 60108


Sun Graphics, Inc.
3281 Paysphere Circle
Chicago, IL 60674


Superior Printing Inc. Co.
70 Bethune Street
New York, NY 10014


Team Concepts Printing/Thermography
540 Tower Blvd.
Carol Stream, IL 60188


Thompson Manufacturing Co.
6315 E. 12th Street
Tulsa, OK 74112

Timely Courier
2301 Arthur Court, Suite 100
Schiller Park, IL 60176


Toyo Ink America LLC
P.O. Box 94006
Chicago, IL 60690


Type Tech Inc.
298 E. Kenilworth Ave., Suite B
Villa Park, IL 60181


Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


Unisource Paper Co.
7472 Collection Center Drive
Chicago, IL 60693


United Mileage Plus Visa
P.O. Box 50882
Henderson, NV 89016


UPS
Lock Box 577
Carol Stream, IL 60132


Valley Forms, Inc.
P.O. Box 148
Spring Valley, IL 61362


Vits-America
200 Corporate Drive
Bradley Corporate Park
Blauvelt, NY 10913


Waste Management Billing Dept.
1411 Opus Place, Suite 400
Downers Grove, IL 60515


Weko North America, Inc.
67 Harned Road
Commack, NY 11725

Western States Envelope
P.O. Box 88984
Milwaukee, WI 53288


Wisconsin, Illinois Service
1221 Carol Crest Drive
Sleepy Hollow, IL 60118


WWF Paper Corp.
c/o Abrams & Abrams, P.C.
75 E. Wacker Drive, Suite 320
Chicago, IL 60601


WWF Paper Corp.
c/o Abrams & Abrams, P.C.
75 E. Wacker Drive, Suite 320
Chicago, IL 60601


XPEDX
P.O. Box 0978
Dallas, TX 75312-0978


ZEP Manufacturing
13237 Collections Center Drive
Chicago, IL 60693-0132

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Tarco Printing, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tarco Printing, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 20, 2005**

Date

**/s/ Robert R. Benjamin 0170429**

**Robert R. Benjamin 0170429**

Signature of Attorney or Litigant

Counsel for   **Tarco Printing, Inc.**

**Benjamin, Bernman & Brom, LLC**
**216 W. Jackson Blvd., Suite 330**
**Chicago, IL 60606**
**(312)444-1996 Fax:(312)444-9086**
**benjamin@3blaw.com**