# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### Honorable JACQUELINE P. COX

**Bankruptcy Case No.:** 05 B 20358
**Adversary No.:**
**Date:** July 5, 2005

**Title of Case:** In re Tarco Printing Co., Inc

**Brief Statement of Motion:** Final Hearing on use of cash collateral

**Names and Addresses of moving counsel:** Benjamin Berneman and Brom LLC. 216 West Jackson Blvd, Suite 330, Chicago IL 60606

**Representing:** Debtor

## ORDER

Final hearing on use of cash collateral belonging to Bloomingdale Bank and Trust is continued to July 12, 2005 at 10:00 A.M. without further notice; the terms and conditions of the Agreed Order entered May 25, 2005 will remain in full force and effect with the budget for July 2005 attached hereto.

**ENTERED:** Jacqueline P Cox
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Chapter 11 |
| | ) | Case No 05 B 20358 |
| TARCO PRINTING CO., INC., | ) | Judge Jacqueline P. Cox |
| | ) | Motion Date: July 5, 2005 |
| Debtor. | ) | Motion Time: 10:00 a.m. |

**EXHIBIT A TO FINAL APPLICATION FOR ORDER PERMITTING
DEBTOR TO PROVIDE ADEQUATE PROTECTION
TO BLOOMINGDALE BANK AND TRUST**

Budget Projections for July, 2005

| | |
|---|---|
| Projected Revenue | $550,000.00 |
| Payroll | 205,000.00 |
| Utilities | 16,000.00 |
| Insurance | 32,000.00 |
| Telephone | 2,900.00 |
| Commission | 10,000.00 |
| Auto Expense | 2,000.00 |
| Rent | 32,860.00 |
| Paper | 160,000.00 |
| Plates, Blankets | 12,500.00 |
| Die Cutting (Outside Services) | 6,500.00 |
| Laminating (Outside Services) | 500.00 |
| Freight | 3,000.00 |
| Bloomingdale Bank and Trust | 23,000.00 |
| Leases | 8,000.00 |
| Chemicals | 3,000.00 |
| Ink | 7,500.00 |
| Maintenace of Plant Equipment | 1,000.00 |
| Parts for Repairs of Equipment | 1,500.00 |
| Miscellaneous supplies | 800.00 |
| Sales Tax | 8,600.00 |
| Accounting | 7,500.00 |
| Total | $544,160.00 |
| Net after Expenses | $ 5,840.00 |