IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TARCO PRINTING CO., INC., | ) | Case No. 05-20358 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 8th day of August 2007, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jacqueline P. Cox, Bankruptcy Judge, in Room 619  in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in her place and stead, and shall then and there present the following: **MOTION OF CRANE, HEYMAN, SIMON, WELCH & CLAR FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**, a copy of which is attached hereto and herewith served upon you, and we shall pray for the entry of orders in compliance therewith.  At said time and place you may appear if you so see fit.

/s/Scott R Clar

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing **MOTION OF CRANE, HEYMAN, SIMON, WELCH & CLAR FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES** to be served on all parties listed on the attached service list via first class mail on this 16th day of July 2007, from 135 South LaSalle Street, Chicago, Illinois 60603.

/s/Scott R Clar

Scott R. Clar (Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Ste. 3705
Chicago, IL 60603
312-641-6777
W:\Sally\Tarco CC\Fee App1.wpd

SERVICE LIST

Roman Sukley
United States Trustee's Office
227 W. Monreo St., #3350
Chicago, IL 60606

Robert Benjamin
Querrey & Harrow
175 W. Jackson Blvd, Ste. 1600
Chicago, IL 60604

Gina B. Krol
Cohen & Krol
105 W. Madison St., Ste. 1100
Chicago, IL 60602

Robert D. Nachman
Schwartz Cooper Greenberger & Krauss Chtrd.
180 N. LaSalle St., Ste. 2700
Chicago, IL 60601

Internal Revenue Service
Associated Area Counsel
200 West Adams, Ste. 2300
Chicago, IL 60604

IRS
Cincinnati, OH 45999

American Express Bank FSB
c/o Beckett and Lee, LLP
P.O Box 30001
Malvern, PA 19355

Case Paper Company
c/o Barbara Poletta
900 W. 45th St.
Chicago, IL 60609

Case Paper
72458 Eagle Way
Chicago, IL 60678

Murnane Paper Company
c/o Kelly Salvato
345 Fischer Farm Rd.
Elmhurst, IL 60126

xpedx
c/o Randy Giles
W232 N2950 Roundy Circle East
Pewaukee WI 53072

Gregory Stern PC
53 W. Jackson Blvd., Ste. 1442
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TARCO PRINTING CO., INC., | ) | Case No. 05-20358 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

**MOTION OF CRANE, HEYMAN, SIMON, WELCH & CLAR
FOR ALLOWANCE OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

To the Honorable Jacqueline P. Cox, Bankruptcy Judge:

NOW COMES Crane, Heyman, Simon, Welch & Clar ("CHSW&C"), counsel for the Official Unsecured Creditors Committee of Tarco Printing, Inc. ("Committee"), and for its Motion for Allowance of Final Compensation and Reimbursement of Expenses, pursuant to Sections 327 and 331 of the Bankruptcy Code (the"Motion"), respectfully state as follows:

## I. Jurisdiction, Venue and Background

1. On May 20, 2005, the Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. The Debtor was a corporation with its principal place of business at 1270 Ardmore Avenue, Itasca, Illinois. The Debtor operated a printing company.

3. On August 25, 2005, the United States Trustee's Office for the Northern District of Illinois appointed an Official Unsecured Creditors' Committee, consisting of Case Paper Company, Murnane Paper Company and xpedx.

4. The Committee chose Scott R. Clar and CHSW&C as its counsel.

5. On September 22, 2005, the Debtor was authorized, pursuant to its Motion for Leave to Sell Property Out of the Ordinary Course ("Motion to Sell"), to sell substantially all of its personal property and goodwill for the sum of $4,640,000.00 to Genesis Press, Inc. ("Genesis").

6. On June 12, 2006, the Debtor's Chapter 11 case was converted to a case under Chapter 7 and a panel trustee appointed.

7. On April 12, 2007, this Court entered an Order Setting the Last day to file Administrative Proofs of Claim.[1]

## II. Biographical Information

8. CHSW&C is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy and insolvency. CHSW&C is presently comprised of five (5) members and one (1) associate, some of whom have participated in representing the Committee in this case.

9. The following is biographical information pertaining to the attorneys who have been primarily involved in the representation of the Committee. Other members and associates of CHSW&C have participated to a lesser extent in this Chapter 11 case. Each of CHSW&C's attorneys have significant experience and expertise in bankruptcy and litigation matters.

10. SCOTT R. CLAR is a member of the law firm and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Committee in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSW&C, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 Debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and

---

[1] CHSW&C respectfully request that this Court consider this Motion as its Proof of Claim and Motion for Allowance of Administrative Claim.

Reorganization.

### III. Services Provided by CHSW&C

11. The services rendered by CHSW&C have included administrative matters, matters in connection with the Debtor's Motion to Sell and the filing and presentation of a Motion for Leave to Bring Causes of Action Against Ben and Jeff Reckards for Avoidance of Alleged Fraudulent Transfers and Preferences.

12. CHSW&C received a $5,000.00 post-petition retainer (the "Retainer"), which is being applied in arriving at the figure of additional compensation requested by CHSW&C.

13. By this Motion, CHSW&C request an allowance of their administrative claim in the Debtor's Chapter 11 case, and an allowance of final compensation for all fees and expenses incurred in this case, as well as the entry of an Order directing the payment of fees and expenses incurred in excess of the Retainer.

14. The Motion represents services from August 30, 2005 through and including June 7, 2006, which services are described in detail in the itemized statement attached hereto and made a part hereof as **Exhibits A-D**. Also attached as **Exhibit E** is an itemization of the Expenses incurred by CHSW&C in this case.

15. The services provided consist generally of the following categories:

A. **Matters concerning administration of the Debtor's estate**: Among the entries which are represented in this category are telephone conferences with the Committee, preparation of Motion for CHSW&C to be employed, and court appearances regarding same.

**Total Time Expended:    23.20 hours**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | 17.40 | $360.00 | $6,264.00 |
| Jeffrey C. Dan (JCD) | 1.60 | $250.00 | 400.00 |
| **TOTAL** | | | **$8,247.00** |

B. **Sale of Assets**: CHSW&C has expended time in connection with the proposed and ultimately approved sale of assets to Genesis Printing, including the preparation of an objection to the sale on the basis that insiders were benefitting to the detriment of unsecured creditors, and that unsecured creditors were not receiving any benefit from the sale.

**Total Time Expended**:   13.50   hours

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | 13.50 | 360.00 | 4,860.00 |
| **TOTAL** | | | **$4,860.00** |

C. **Pursuit of Claims Against Insiders**: A Motion for Leave to File Causes of Action Against the Debtor's principals, Ben and Jeff Reckards, was drafted and presented to the Court, in order to avoid more than $300,000 of alleged improper transfers to insiders prior to the filing of the Debtor's Chapter 11 case.

**Total Time Expended:**   9.10 hours

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | 4.70 | 360.00 | 1,692.00 |
| Scott R. Clar (SRC) | 3.10 | 375.00 | 1,162.50 |
| Jeffrey C. Dan (JCD) | .60 | 250.00 | 150.00 |
| Jeffrey C. Dan (JCD) | .70 | 275.00 | 192.50 |
| **TOTAL** | | | **$3,197.00** |

D. **Plan**: CHSW&C also expended time in connection with the Debtor's proposed Plan of Reorganization, including preparation of an objection to the plan for largely the same basis as noted in paragraph C above.

**Total Time Expended**:   4.90 hours

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Eugene Crane (EC) | .70 | 400.00 | 280.00 |
| Scott R. Clar (SRC) | .50 | 360.00 | 180.00 |
| Scott R. Clar (SRC) | 3.70 | 375.00 | $ 1,387.50 |

**TOTAL** **$1,847.50**

16. The services detailed herein have required a total of 31.20 hours as more fully set forth in the attachments.

17. Based upon the customary and reasonable rates charged by CHSW&C for services in cases under the Bankruptcy Code and for services other than services rendered in cases under the Bankruptcy Code, the fair and reasonable value of this Motion is not less than $11,242.50.

18. In addition, CHSW&C has incurred expenses in connection with their representation of the Committee in the amount of $447.41. An itemization of those expenses is attached hereto as **Exhibit E**.

WHEREFORE, Crane, Heyman, Simon, Welch & Clar pray that an Order be entered with respect to this Motion, as follows:

A. Granting allowance of Final Compensation in the amount of $11,242.50 and reimbursement of Expenses in the amount of $447.41;

B. Authorizing and directing the Debtors to pay to CHSW&C fees and, expenses allowed over and above the Retainer; and,

C. Granting such other and further relief as this Court deems just and equitable.

Respectfully submitted,

CRANE, HEYMAN, SIMON, WELCH & CLAR

By: /s/Scott R Clar
     One of its Attorneys

**COUNSEL TO OFFICIAL
UNSECURED CREDITORS' COMMITTEE**
SCOTT R. CLAR (Atty. # 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle Street
Chicago, Illinois 60603-4297
(312) 64l-6777

W:\Sally\Tarco CC\Fee App1.wpd