IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| TARCO PRINTING CO., INC., | ) | Case No. 05 B 20358 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**NOTICE OF MOTION**

TO:  Attached Service List

**PLEASE TAKE NOTICE THAT** on December 2, 2008, at 9:30 a.m., I shall appear before the Honorable Jacqueline P. Cox, or any other judge sitting in her stead, in Room 619, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Chapter 7 Trustee's Attorneys' Application For Final Compensation And Reimbursement Of Costs and Authorization to Pay Allowed Administrative Claim, a copy of which is attached hereto and hereby served upon you.

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and APPLICATION FOR COMPENSATION to be served on all persons set forth above and identified as Registrants through the Court's Electronic Notice for Registrants with the exception of the Debtor who was served by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 6th day of November, 2008.

                                                              /s/ Gregory K. Stern
                                                                 Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty ID #6292973)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

**SERVICE LIST**

**Registrants Served Through The Court's Electronic Notice For Registrants**

Robert Benjamin, Esq.
Querrey & Harrow
175 West Jackson Blvd., Suite 1600
Chicago, Illinois 60604

Gina B. Krol, Esq.
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, Illinois 60602

William T. Neary, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60606

Robert D. Nachman, Esq.
Schwartz Cooper Greenberger & Krauss Chtrd.
180 North LaSalle Street
Suite 2700
Chicago, Illinois 60601

Scott R. Clar, Esq.
Crane Heyman Simon Welch and Clar
135 South LaSalle Street
Suite 1540
Chicago, Illinois 60603

**Parties Served Via First Class Mail**

Associated Area Counsel
Internal Revenue Service
200 West Adams, Suite 2300
Chicago, Illinois 60604

American Express Bank, FSB
c/o Beckett and Lee, LLP
P.O. Box 3001
Malvern, PA 19355

Case Paper Company
c/o Barbara Poletta
900 W. 45th Street
Chicago, Illinois 60609

Metrostaff, Inc.
300 North McClean Boulevard
Elgin, Illinois 60123

Murnane Paper Company
c/o Kelly Salvato
345 Fischer Farm Road
Elmhurst, Illinois 60126

Xpedx
c/o Randy Giles
W232 N2950 Roundy Circle East
Pewaukee, WI 53072

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| TARCO PRINTING CO., INC., | ) | Case No. 05 B 20358 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**TRUSTEE'S ATTORNEYS' APPLICATION FOR FINAL COMPENSATION
AND REIMBURSMENT OF COSTS AND AUTHORIZATION
TO PAY ALLOWED ADMINISTRATIVE CLAIM**

Now Comes Monica C. O'Brien and Gregory K. Stern ("Special Counsel"), counsel for Gina Krol, Chapter 7 Trustee, pursuant to §§330 and 331 of the United States Bankruptcy Code, and request that this Court enter an order allowing final compensation of $41,020.00 for 129.90 hours of legal services provided to the Chapter 7 Trustee and $478.35 for reimbursement of costs and, in support thereof, state as follows:

1. On May 20, 2005, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code; and on June 12, 2006, the Debtor's Chapter 11 case was converted to a case under Chapter 7.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §157; and, this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

3. In accordance with Bankruptcy Rule 2002(a)(6), notice of this Application has been sent to the Debtor, its attorneys, all creditors, the Chapter 7 Trustee and the US Trustee and all parties in interest.

4. On or about October 11, 2006, the Court entered an Order authorizing the employment of Gregory K. Stern and Monica C. O'Brien as Special Counsel for the Trustee to prosecute avoidance actions including preference and fraudulent transfer causes of action, to recover funds to pay Chapter 11 administrative claims and with all compensation and reimbursement of costs and expenses being subject to approval of this Court.

5. Gregory K. Stern's services were billed at the rate of $350.00 per hour through December 31, 2007 and thereafter at the rate of $365.00 per hour; and, Monica C. O'Brien's services were billed at the rate of $300.00 per hour through December 31, 2007 and thereafter at the rate of $315.00 per hour.. The rates at which

Monica C. O'Brien and Gregory K. Stern seek compensation are their usual and customary hourly rates charged for bankruptcy work of this nature, performed for other clients.

6. On January 15, 2008, Special Counsel presented their Amended Application For Compensation and Reimbursement of Costs and Authorization to Pay Allowed Administrative Claim (Docket No. 350), and an Order Allowing Trustee's Attorneys' Compensation And Reimbursement Of Costs and Authorization to Pay Administrative Claim (Docket No. 355) was entered allowing compensation in the amount of $29,055.00 for 92.90 hours of professional services rendered between November 6, 2006 and December 20, 2007, and reimbursement of cost in the amount of $229.73.

7. Counsel have expended an additional 37 hours of professional services between and January 5, 2008 and December 2, 2008, as are more fully set forth in the Time Sheets attached hereto and made a part hereof. The reasonable value of the professional services rendered, set forth on the Time Sheets, to the Trustee is $11,965.00 and the total costs expended is $248.62.

8. The professional services rendered from January 5, 2008 through December 2, 2008, have been separated into two (2) service categories, which have been separated and identified solely for the purposes of summarizing with specificity the services rendered on behalf of the Trustee and for the benefit of the estate. These service categories and the professional time spent within each category are as follows:

**a) Avoidable Preferential And Fraudulent Transfers** - The services rendered in this service category involved investigating and prosecuting avoidable preferential and fraudulent transfer claims. The preference claims primarily involved payments by the Debtor in the preference period to trade creditors and resulted in fifty one (51) adversary complaints (the "Preference Complaints or Fraudulent Transfer Complaints") being filed by the Trustee. The Trustee has successfully prosecuted or settled all of the Preference Complaints and as of this date has received approximately $69,000.00 in settlement payments from Preference Complaint Defendants. The Fraudulent Transfer Complaints were filed against the Reckards Defendants, comprised of the Debtor's principal shareholder and other insiders. The Trustee and

the Reckards Defendants reached a settlement that has been approved by the Court and resulted in payment by the Reckards Defendants of $48,000.00 to the Trustee.

**b) Professionals Compensation** – Special Counsel expended 4.7 hours of services in preparing their Final Application for Compensation and Reimbursement of Costs, Time Sheets, Notices and Order in support of their request for compensation.

9.   All of the professional services performed were actual and necessary for the proper representation of the Trustee; and, as such, all of the services rendered were authorized pursuant to the Court's October 11, 2006 Order To Employ Special Counsel Pursuant To 11 U.S.C. §327(c) and benefited the estate resulting in payments to the estate of an amount in excess of $159,000.00 from Bloomingdale Bank and Trust, the Reckards Defendants and other Preference Complaint Defendants.

10.   Actual and necessary costs in the amount of $248.62 have been expended by Special Counsel as detailed on the Time Sheets attached to this Application.  Costs include filing fees, postage, and copying charges at the rate of ten cents (.10) per copy.

**WHEREFORE**, Monica C. O'Brien and Gregory K. Stern pray for entry of an Order, pursuant to §§330 and 331 of the Bankruptcy Code, as follows: **a)** Allowing final compensation of $41,202.00 and reimbursement of costs and expenses of $478.35, **b)** Authorizing the Trustee to pay Gregory K. Stern and Monica C. O'Brien's the unpaid balance of their allowed administrative priority claim of allowed final compensation and reimbursement of costs totaling $12,213.62; and, **c)** For such other relief as this Court deems just.

                                                             /s/ Gregory K. Stern
                                                          Gregory K. Stern, Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty ID #6292973)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558