# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: § 

§ 

Tarco Printing Inc § Case No. 05-20358 SQU

§ 

Debtor(s) § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter      of the United States Bankruptcy Code on      . The case was converted to one under Chapter 7 on      . The undersigned trustee was appointed on      .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                 $

Funds were disbursed in the following amounts:

Administrative expenses
Payments to creditors
Non-estate funds paid to 3rd Parties
Payments to the debtor

Leaving a balance on hand of[1]                 $

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing claims in this case was _____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____ , and now requests reimbursement for expenses of $_____ , for total expenses of $_____ .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GINA B. KROL_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Exhibit A

| Case No: | 05-20358 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |

Case Name:   Tarco Printing Inc

Date Filed (f) or Converted (c):   06/12/06 (c)

341(a) Meeting Date:   08/08/06

For Period Ending: 11/18/10

Claims Bar Date:   11/22/06

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. A/R | 1,146,419.00 | Unknown | | 8,000.00 | FA |
| 2. Preference Collections | Unknown | Unknown | | 129,618.94 | FA |
| Initial turnover by Bloomingdale Bank of funds rec'd from letters sent during chapter 11 demanding return of preferences | | | | | |
| 3. Payment of Administrative Expenses per Court Order (u) | 0.00 | 42,094.56 | | 42,094.56 | FA |
| Per court order, DIP secured lender was compelled to pay costs of chapter 11 administration, as chapter 11 estate primarily benefitted secured creditor. | | | | | |
| 4. REFUND (u) | 0.00 | 9,221.97 | | 10,218.92 | FA |
| 5. Class Action Settlement (u) | 0.00 | 324.30 | | 324.30 | FA |
| 6. Settlement (u) | 0.00 | 82.43 | | 82.43 | FA |
| Settlement of a class action case. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 474.20 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,146,419.00          $51,723.26          $190,813.35          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has to object to some claims. Will prepare tax returns and file TFR.

Initial Projected Date of Final Report (TFR): 12/31/07          Current Projected Date of Final Report (TFR): 12/31/10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 05-20358 -SQU | |
| Case Name: | Tarco Printing Inc | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4189  Money Market Account (Interest Earn |

**Exhibit B**

| | |
|---|---|
| Taxpayer ID No: | *******5066 |
| For Period Ending: | 11/18/10 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/12/06 | 1 | Performance Communications Group<br>35 E. Wacker Dr., Ste. 1650<br>Chicago, IL  60601 | A/R<br>Account Receivable due Debtor | 1121-000 | 4,000.00 | | 4,000.00 |
| 09/12/06 | 2 | Bloomingdale Bank & Trust<br>150 S. Bloomingdale Rd.<br>Bloomingdale, IL  60108 | | 1141-000 | 11,507.52 | | 15,507.52 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.22 | | 15,514.74 |
| 10/19/06 | 1 | Pervformance Communications Group<br>35 E. Wacker Drive<br>Suite 1650<br>Chicago, IL  60601 | A/R<br>Account Receivable due Debtor | 1121-000 | 4,000.00 | | 19,514.74 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.16 | | 19,528.90 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.05 | | 19,544.95 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.60 | | 19,561.55 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.61 | | 19,578.16 |
| 02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 15.10 | 19,563.06 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 15.02 | | 19,578.08 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.62 | | 19,594.70 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.11 | | 19,610.81 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.66 | | 19,627.47 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.12 | | 19,643.59 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.69 | | 19,660.28 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.70 | | 19,676.98 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 12.53 | | 19,689.51 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 12.55 | | 19,702.06 |
| 11/12/07 | 2 | ASI Mailing<br>1717 W. Armitage Ct.<br>Addison, IL  60101 | Preference Settlement | 1141-000 | 698.17 | | 20,400.23 |
| 11/12/07 | 2 | Grand Rapids Printing Ink Company | Preference Settlement | 1141-000 | 3,500.00 | | 23,900.23 |

| | | |
|---|---|---|
| Page Subtotals | 23,915.33 | 15.10 |

**UST Form 101-7-TFR (9/1/2009)** *(Page: 4)*

Ver: 15.20

LFORM24

FORM 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Document  Page 5 of 14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-20358 -SQU |
| Case Name: | Tarco Printing Inc |

| | |
|---|---|
| Taxpayer ID No: | *******5066 |
| For Period Ending: | 11/18/10 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4189  Money Market Account (Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 4920 Starr St. SE<br>Grand Rapids, MI 49546 | | | | | |
| 11/12/07 | 2 | Central Ink<br>1100 N. Harvester Rd.<br>West Chicago, IL 60185 | Preference Settlement | 1141-000 | 700.00 | | 24,600.23 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.82 | | 24,612.05 |
| 12/05/07 | 2 | WWF Paper Corp.<br>P.O. Box 8141<br>Blackwood, NJ 08012 | Preference Settlement | 1141-000 | 2,500.00 | | 27,112.05 |
| 12/05/07 | 2 | UPS<br>1335 Northmeadow Parkway<br>Suite 119<br>Roswell, GA 30076 | Preference Settlement | 1141-000 | 410.00 | | 27,522.05 |
| 12/05/07 | 2 | Amflex Packaging Corporation<br>3350 W. Main St.<br>Skokie, IL 60076 | Preference Settlement | 1141-000 | 2,978.10 | | 30,500.15 |
| 12/19/07 | 2 | Querrey & Harrow<br>175 W. Jackson Blvd.<br>Suite 1600<br>Chicago, IL 60604 | Preference Settlement/ 07 A 743 | 1141-000 | 48,000.00 | | 78,500.15 |
| 12/19/07 | 2 | Querrey & Harrow<br>175 W. Jackson Blvd.<br>Suite 1600<br>Chicago, IL 60604 | Preference Settlement/07 A 706 | 1141-000 | 2,000.00 | | 80,500.15 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 17.60 | | 80,517.75 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 31.90 | | 80,549.65 |
| 02/07/08 | 2 | Bottcher America Corporation<br>4600 Mercedes Drive<br>Belcamp, MD 21017 | Preference Settlement | 1141-000 | 1,668.40 | | 82,218.05 |
| 02/07/08 | 2 | Chicago Laminating, Inc.<br>125 Weiler Rd.<br>Arlington Hts, IL 60005 | Preference Settlement | 1141-000 | 1,000.00 | | 83,218.05 |

| | | | | Page Subtotals | 59,317.82 | 0.00 | |

Ver: 15.20

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No: | 05-20358 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | Tarco Printing Inc | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4189  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5066 | | |
| For Period Ending: | 11/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

**Exhibit B**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/08 | 2 | Samuel Caminiti, Inc. 299 W. Fullerton Elmhurst, IL 60126 | Preference Settlement | 1141-000 | 588.00 | | 83,806.05 |
| 02/07/08 | 2 | Platinum Converting, Inc. 851 Expressway Drive Itasca, IL 60143 | Preference Settlement | 1141-000 | 4,140.68 | | 87,946.73 |
| 02/07/08 | 2 | Unisource Worldwide, Inc. P.O. Box 45162 Jacksonville, FL 32232 | Preference Settlement | 1141-000 | 5,000.00 | | 92,946.73 |
| 02/07/08 | 2 | Graphic Converting Inc. 877 N. Larch Ave. Elmhurst, IL 60126 | Preference Settlement | 1141-000 | 1,100.00 | | 94,046.73 |
| 02/11/08 | 000302 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 88.45 | 93,958.28 |
| 02/26/08 | 3 | First Bank & Trust Company 1145 N. Arlington Heights Road Itasca, IL 60143 | Payment of administrative expenses | 1249-000 | 42,094.56 | | 136,052.84 |
| 02/26/08 | 2 | Pitney Bowes 1 Elmcroft Rd. Stamford, CT 06926 | Preference Settlement | 1141-000 | 400.00 | | 136,452.84 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 21.23 | | 136,474.07 |
| 03/13/08 | 000303 | Gregory K. Stern Monica C O'Brien 53 W. Jackson Blvd. Suite 1442 Chicago, IL 60604 | Attorneys Fees Per Court Order | 3210-000 | | 29,284.73 | 107,189.34 |
| 03/13/08 | 000304 | Metrostaff, Inc. 94 Mitchell Circle Wheaton, IL 60187 | Allowed Chapter 11 Admin Claim | 6990-000 | | 39,054.56 | 68,134.78 |
| 03/13/08 | 000305 | Crane, Heyman, Simon, Welch & Clar | Allowed Chapter 11 Admin Claim | 6700-000 | | 3,000.00 | 65,134.78 |

Page Subtotals: 53,344.47   71,427.74

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

Ver: 15.20

LFORM24

FORM 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 05-20358 -SQU | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | Tarco Printing Inc | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******4189 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5066 | | | | |
| For Period Ending: | 11/18/10 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL  60603 | Fees allowed as Chapter 11 unsecured creditors'<br>committee counsel | | | | |
| 03/20/08 | 2 | XO Communications<br>P.O. Box 3064<br>Livonia, MI  48151 | Preference Settlement | 1141-000 | 450.00 | | 65,584.78 |
| 03/20/08 | 2 | Mid-West Mechandising Group<br>26 Blanchard Street<br>Newark, NJ  07105 | Preference Settlement | 1141-000 | 2,000.00 | | 67,584.78 |
| 03/20/08 | 2 | Bell Finishers<br>3001 W. Soffel Ave.<br>Melrose Park, IL 60160 | Preference Settlement | 1141-000 | 250.00 | | 67,834.78 |
| 03/20/08 | 2 | Waste Management<br>P.O. Box 3027<br>Houston, TX  77253 | Preference Settlement | 1141-000 | 400.00 | | 68,234.78 |
| 03/20/08 | 2 | Andrews Converting, Inc.<br>707 E. 47th Street<br>LaGrange, IL  60525 | Preference Settlement | 1141-000 | 1,000.00 | | 69,234.78 |
| 03/20/08 | 2 | FujiFilm Graphic Systems USA<br>200 Summit Lake Drive<br>Valhalla, NY  10595 | Preference Settlement | 1141-000 | 1,000.00 | | 70,234.78 |
| 03/20/08 | 2 | Elite Staffing, Inc.<br>1400 W. Hubbard, Suite 200<br>Chicago, IL  60622 | Preference Settlement | 1141-000 | 2,161.00 | | 72,395.78 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 24.77 | | 72,420.55 |
| 04/21/08 | 2 | PC Mall<br>2555 W. 190th Street<br>Suite 205<br>Torrence, CA  90504 | Preference Settlement | 1141-000 | 3,299.48 | | 75,720.03 |
| 04/21/08 | 2 | Kustom Services, LLC<br>3 Carbon Way<br>Richwood, KY  41094 | Preference Settlement | 1141-000 | 4,842.00 | | 80,562.03 |

Page Subtotals        15,427.25        0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-20358 -SQU | | | Trustee Name: | GINA B. KROL | |
| Case Name: | Tarco Printing Inc | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******4189 Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******5066 | | | | | |
| For Period Ending: | 11/18/10 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/21/08 | 2 | SI Roller<br>1220 American Way<br>Watertown, WI 53094 | Preference Settlement | 1141-000 | 1,033.00 | | 81,595.03 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.28 | | 81,610.31 |
| 05/06/08 | 2 | Kohner, Mann & Kailas<br>Attorneys for Martino Paper & Envelope<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212 | Preference Settlement | 1141-000 | 4,000.00 | | 85,610.31 |
| 05/06/08 | 2 | Western States Envelope Co.<br>P.O. Box 2048<br>Milwaukee, WI 53201 | Preference Settlement | 1141-000 | 500.00 | | 86,110.31 |
| 05/06/08 | 2 | Rubachem Systems, Inc.<br>P.O. Box 901<br>Northvale, NJ 07646 | Preference Settlement | 1141-000 | 1,001.11 | | 87,111.42 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 10.81 | | 87,122.23 |
| 06/10/08 | 2 | Perfect Temperature Control, Inc. | Preference Settlement | 1141-000 | 7,085.24 | | 94,207.47 |
| 06/23/08 | 2 | Gene Goodwilli, Inc.<br>1820 N. 30th Street<br>Melrose Park, IL 60160 | Preference Settlement | 1141-000 | 9,806.24 | | 104,013.71 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 11.35 | | 104,025.06 |
| 07/30/08 | 2 | Super Web, Inc.<br>97 Lamar Street<br>West Babylon, NY 11704 | Preference Settlement | 1141-000 | 2,200.00 | | 106,225.06 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 13.22 | | 106,238.28 |
| 08/21/08 | 4 | Nicor Gas<br>P.O. Box 190<br>Aurora, IL 60507 | Refund of Deposit | 1229-000 | 9,221.97 | | 115,460.25 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 13.72 | | 115,473.97 |
| 09/09/08 | 2 | Specialties Binding Company, Inc.<br>1100 W. Touhy<br>Elk Grove Village, IL 60007 | Preference Settlement | 1141-000 | 1,400.00 | | 116,873.97 |
| 09/09/08 | 2 | XPEDX National Shared Service Center | Preference Settlement | 1141-000 | 1,000.00 | | 117,873.97 |

Page Subtotals   37,311.94   0.00

UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

Ver: 15.20

LFORM24

FORM 6
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 05-20358 -SQU | | | Trustee Name: | GINA B. KROL | |
| Case Name: | Tarco Printing Inc | | | Bank Name: | BANK OF AMERICA, N.A. | Exhibit B |
| | | | | Account Number / CD #: | *******4189  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******5066 | | | | | |
| For Period Ending: | 11/18/10 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/23/08 | 4 | 6287 Tri-Ridge Rd.<br>Loveland, OH  45140<br>Nicor<br>P.O. Box 190<br>Aurora, IL  60507 | | 1229-000 | 996.95 | | 118,870.92 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 14.40 | | 118,885.32 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.53 | | 118,896.85 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 9.74 | | 118,906.59 |
| * 12/08/08 | 000306 | Gregory K. Stern, P.C.<br>53 W. Jackson Blvd.<br>Suite 1442<br>Chicago, IL  60604 | Attorneys Fees per Court Order | 3210-003 | | 12,213.73 | 106,692.86 |
| * 12/08/08 | 000306 | Gregory K. Stern, P.C.<br>53 W. Jackson Blvd.<br>Suite 1442<br>Chicago, IL  60604 | Attorneys Fees per Court Order<br>incorrect amount. Trustee to remake check | 3210-003 | | -12,213.73 | 118,906.59 |
| 12/08/08 | 000307 | Gregory K. Stern, P.C.<br>53 W. Jackson Blvd.<br>Suite 1442<br>Chicago, IL  60604 | Attorney's Fees per Court Order | 3210-000 | | 12,213.62 | 106,692.97 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 6.44 | | 106,699.41 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.86 | | 106,701.27 |
| 02/17/09 | 000308 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 83.07 | 106,618.20 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.64 | | 106,619.84 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.82 | | 106,621.66 |
| 04/23/09 | 5 | Metlife Fund Administrator<br>PO Box 1952<br>Faribault, MN 55021-6097 | | 1249-000 | 324.30 | | 106,945.96 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.38 | | 106,950.34 |

| | | |
|---|---|---|
| Page Subtotals | 1,373.06 | 12,296.69 |

UST Form 101-7-TFR (9/1/2009) *(Page: 9)*

Ver: 15.20

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No: | 05-20358  -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Tarco Printing Inc | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4189  Money Market Account (Interest Earn |

**Exhibit B**

| | | | |
|---|---|---|---|
| Taxpayer ID No: | *******5066 | | |
| For Period Ending: | 11/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 106,954.88 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.40 | | 106,959.28 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 106,963.82 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 106,968.36 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.40 | | 106,972.76 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 106,977.30 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.40 | | 106,981.70 |
| 12/22/09 | 6 | Metlife Fund Administrator PO Box 1952 Faribault, MN  55021 | | 1249-000 | 82.43 | | 107,064.13 |
| 12/23/09 | 000309 | First Chicago Bank and Trust c/o Mr. Robert Nachman 10 S. Wacker Drive Suite 2300 Chicago, IL 60606 | Partial satisfactin of administrative priority claim pursuant to court order | 2990-800 | | 81,977.30 | 25,086.83 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 3.41 | | 25,090.24 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,090.88 |
| 02/09/10 | 000310 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 18.62 | 25,072.26 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 25,072.84 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,073.48 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,074.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,074.74 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,075.36 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,076.00 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,076.64 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,077.26 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,077.90 |

| | | |
|---|---|---|
| Page Subtotals | 123.48 | 81,995.92 |

UST Form 101-7-TFR (9/1/2009) *(Page: 10)*

Ver: 15.20

LFORM24

Page:   8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-20358 -SQU | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|
| Case Name: | Tarco Printing Inc | Bank Name: | BANK OF AMERICA, N.A. | **Exhibit B** |
| | | Account Number / CD #: | *******4189  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******5066 | | | |
| For Period Ending: | 11/18/10 | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 190,813.35 | 165,735.45 | 25,077.90 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 190,813.35 | 165,735.45 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 190,813.35 | 165,735.45 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******4189 | 190,813.35 | 165,735.45 | 25,077.90 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 190,813.35 | 165,735.45 | 25,077.90 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/      GINA B. KROL

Trustee's Signature: _____ Date: 11/18/10

      GINA B. KROL

Page Subtotals                0.00                0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-20358 SQU
Case Name: Tarco Printing Inc
Trustee Name: GINA B. KROL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $_____ | $_____ |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: Alan D. Lasko & Associates* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other: Bloomingdale Bank and Trust* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $_____ | $_____ |
| *Attorney for:* | $_____ | $_____ |
| *Accountant for:* | $_____ | $_____ |
| *Appraiser for:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $        .