UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
Tarco Printing Inc § Case No. 05-20358 SQU
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/27/2011 in Courtroom 619,
        United States Courthouse
        219 S. Dearborn Street
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/27/2010      By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
Tarco Printing Inc § Case No. 05-20358 SQU
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 190,813.97 |
| *and approved disbursements of* | $ | 165,735.45 |
| *leaving a balance on hand of*[1] | $ | 25,078.52 |

Claims of secured creditors will be paid as follows:

*Claimant*                                           *Proposed Payment*
_____     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $ 12,790.67 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant: Alan D. Lasko & Associates* | $ 2,150.90 | $ 0.00 |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other: Bloomingdale Bank and Trust* | $ 0.00 | $ 10,136.95 |
| *Other:* | $ | $ |

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ccabrales              Page 1 of 3                   Date Rcvd: Dec 29, 2010
Case: 05-20358                 Form ID: pdf006              Total Noticed: 133
```

The following entities were noticed by first class mail on Dec 31, 2010.
```
db          +Tarco Printing, Inc.,    1270 Ardmore,    Itasca, IL 60143-1141
aty         +Beverly A Berneman,    Golan & Christie, LLP,    70 West Madison Street,    Suite 1500,
              Chicago, IL 60602-4265
aty         +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty         +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
              Chicago, IL 60604-3536
aty         +Monica C O'Brien,    Gregory K. Stern, P.C.,    53 W Jackson Blvd Ste 1442,
              Chicago, IL 60604-3536
aty         +Robert R Benjamin,    Golan & Christie, LLP,    70 West Madison Street,    Suite 1500,
              Chicago, IL 60602-4265
tr          +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
9373797      AGFA Corporation Dept.,    CH 1-116,    Palatine, IL 60055-0116
9373806     +ASI Mailing,    1717 W. Armitage Court,    Addison, IL 60101-4221
9373796      Accurate Office Supply,    260 Gerzevski Lane,    Carol Stream, IL 60188-2049
9373798     +Akiyama International Corporation (USA),     c/o Diane Stolbach Esq,
              Kraemer, Burns, Mytelka, Lovell & Kulka,,    675 Morris Avenue,    Springfield, NJ 07081-1525
9373799     +American Express,    c/o Becket & Lee,    16 General Warren Blvd.,    Malvern, PA 19355-1245
9499643      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
9373801     +American Overhead Door Co.,    2125 Hammond Drive,    Schaumburg, IL 60173-3838
9373802     +Americare National Hygiene,    225 Laura Drive Unit B,    Addison, IL 60101-5017
9373803     +Amerigas Palatine,    522 S. Vermont Street,    Palatine, IL 60067-6948
9373804     +Amflex Packaging Corp,    3350 Main Street,    Skokie, IL 60076-2451
9410202     +Amflex Packaging Corporation,    c/o Collen E McManus Esq,    DLA Piper Rudnick Gray Cary US LLP,
              203 North Lasalle Street Suite 1900,    Chicago, IL 60601-1263
9373805     +Andrews Converting,    707 E. 47th Street,    La Grange, IL 60525-3069
9373807     +Bartlett Process Camera, Inc.,    527 Lunt Avenue,    Schaumburg, IL 60193-4409
9373809     +Bell Finishers,    3001 Soffel,    Melrose Park, IL 60160-1716
10445095    +Ben L and Peggy J Reckards,    677 Nelson Court,    Geneva, Illinois 60134-4686
9373810     +Bisco International, Inc.,    543 Grandville,    Hillside, IL 60162-1754
9373812     +Bruce Paradise CPA,    1019 W. Wise Road, Suite 101,    Schaumburg, IL 60193-3754
9504509     +CIT Technology Financing Services Inc,    c/o Bankruptcy Processing Solutions Inc,
              800 E Sonterra Blvd Suite 240,    San Antonio, TX 78258-3941
9373813     +Cardinal Cartridge, Inc.,,    Slot 302118,    P.O. Box 66973,    Chicago, IL 60666-0973
9373814     +Case Paper,    72458 Eagle Way,    Chicago, IL 60678-7254
9373816     +Catalyst Technology Solutions,    134 Congress Street,    Williams Bay, WI 53191-9692
9373817     +Central Ink Corp.,    Lock Box 97274,    Chicago, IL 60690-7274
9373818     +Chase,    P.O. Box 52095,    Phoenix, AZ 85072-2095
9502180     +Chicago Laminating Inc,    c/o Kovitz Shifrin Nesbit,    750 Lake Cook Rd Suite 350,
              Buffalo Grove, IL 60089-2088,    Attn : Richard Whillsberg
9373819     +Chicago Laminating, Inc.,    125 Weiler Road,    Arlington Heights, IL 60005-4825
11482619    +Crane, Heyman, Simon, Welch & Clar,    135 S. LaSalle St., Ste. 3705,    Chicago, IL 60603-4101
9373820      Crossbow Industrial Water,    33156 Treasury Center,    Chicago, IL 60691
9373821     +Crown Lift Trucks,    2055 Hammond Drive,    Schaumburg, IL 60173-3809
9373822     +Dell Finance Services,    P.O. Box 5292,    Carol Stream, IL 60197-5292
9465408     +Dell Financial Services,    c/o Weltman, Weinberg & Reis Co., L.P.A.,    1419 Lake Cook Road,
              Suite 480,    Deerfield, IL 60015-5228
9373823     +Delta-V,    Delta Press,    3550 N. Lombard,    Franklin Park, IL 60131-2057
9373824     +Elite Staffing,    Slot 302157,    P.O. Box 66973,    Chicago, IL 60666-0973
9373826     +FNT Transportation Services, LLC,    10 E. Progress Road,    Lombard, IL 60148-1331
9373825     +Federal Express,    P.O. Box 7221,    Pasadena, CA 91109-7321
9502046     +Federal Express Corporation,    Attn: Revenue Recovery/Bankruptcy,
              2005 Corporate Avenue 2nd Floor,    Memphis, TN 38132-1796
9373827     +Ford Credit,    P.O. Box 64400,    Colorado Springs, CO 80962-4400
9373831      GMAC,    P.O. Box 217060,    Auburn Hills, MI 48321
9373828     +Gane Brothers & Lane, Inc.,    4186 Paysphere Circle,    Chicago, IL 60674-0001
9373829     +Garland Converting Corp.,    945 Larch Avenue,    Elmhurst, IL 60126-1128
9373830     +Gene Goodwille Co.,    1820 N. 30th Avenue,    Melrose Park, IL 60160-1789
9438255      General Motors Acceptance Corp.,    2740 Arthur Street,    Roseville MN 55113-1303
9373832     +Gradei's Express,    2035 N. 15th Avenue,    Melrose Park, IL 60160-1404
9373834     +Graphic Arts Finish,    1990 N. Mannheim,    Melrose Park, IL 60160-1013
9373835     +Graphic Converting, Inc.,    3686 Paysphere Circle,    Chicago, IL 60674-0001
9663153     +Heidelberg USA Inc,    c/o Ellen Beebe,    1000 Gutenberg Drive,    Kennesaw, GA 30144-7028
9373836     +Heidelberg USA, Inc.,    P.O. Box 845180,    Dallas, TX 75284-5180
9373837     +Heritage Crystal Clean,    P.O. Box 68123,    Indianapolis, IN 46268-0123
9373838     +Hinckley Springs,    P.O. Box 1888,    Bedford Park, IL 60499-1888
9373839     +Hydra-Vac Inc.,    35991 Highway 21 N.,    Gurnee, IL 60031-1907
9740936    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,      Bankruptcy Unit,
              100 W. Randolph St., #7-400,    Chicago, IL 60601)
9492151    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury/ IRS,      230 S Dearborn,    Stop 5016-CHI,
              Chicago, IL 60604)
9373841    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    Cincinnati, OH 45999)
9740935      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
9373840      Industrial Towel & Uniform Co.,    2700 S. 169th Street,    New Berlin, WI 53151
9426115      Industrial Towel & Uniorm Co,    c/o Industrial Towel & Uniform Co,    2700 S 169th Street,
              New Berlin, Wi 53151
9373843     +JM&M Services,    2601 Lively Blvd,    Elkgrove, Village  60007-6730
9373842     +Jayes Cleaning Service,    140 Stanley Street,    Elk Grove Village, IL 60007-1554
9373845     +Jorson & Carlson,    1501 Pratt Blvd.,    P.O. Box 796,    Elk Grove Village, IL 60009-0796
```

```
District/off: 0752-1          User: ccabrales             Page 2 of 3                   Date Rcvd: Dec 29, 2010
Case: 05-20358                Form ID: pdf006             Total Noticed: 133

9373846      +KBM Industrial, Inc.,    818 Westwood Avenue,    Addison, IL 60101-4945
9373847      +Komori America,    P.O. Box 515486,    Los Angeles, CA 90051-6786
9634652      +Komori America Corp,    Attn R Siadak,    5520 MeadowBrook Ind Ct,    Rolling Meadows, IL 60008-3898
9373848      +Krage’s, Inc.,    191 E. Lake Street,    Addison, IL 60101-2856
9373849      +Lif-Tech Quality Forklift Service,    1020 Public Drive,    Addison, IL 60101-3114
9373857      +MSM Printing,    730 S. 75th Street,    Omaha, NE 68114-4621
12230277     +Martino Paper & Envelope Company,    c/o Kohner Mann & Kailas, S.C.,
               Washington Building Barnabas Business Ce,    4650 N Port Washington Road,
               Milwaukee, WI 53212-1077
9373850      +Martino Paper Co.,    P.O. Box 13455,    Milwaukee, WI 53213-0455
9373851      +McMaster-Carr Supply Co.,    P.O.Box 7690,    Chicago, IL 60680-7690
9373852      +McNamer Tool,    511 Interstate Road,    Addison, IL 60101-4414
9373853      +Metrostaff,    94 Mitchell Circle,    Wheaton, IL 60189-5928
10890840     +Metrostaff, Inc.,    300 North MCClean Blvd.,    Elgin, Illinois 60123-3240
9373854      +Microforms, Inc.,    5971 Product Drive,    Sterling Heights, MI 48312-4561
9373855      +Midland Paper Unlimited,    135 S. LaSalle Street,    Dept. 1140,    Chicago, IL 60674-0001
9373856      +Midwest Courier, Inc.,    P.O. Box 480395,    Niles, IL 60714-0395
9373858      +Murnane Paper Company,    135 S. LaSalle Street,    Dept. 2933,    Chicago, IL 60674-0001
9373859      +Nelson Fire Protection,    11028 Raleigh Court,    Rockford, IL 61115-1416
9373867    ++++PRESTIGE BOX CORPORATION,    PO BOX 220428,    GREAT NECK NY 11022-0428
             (address filed with court: Prestige Box Corporation,      P.O. Box 428,    Great Neck, NY 11022-0428)
9373861       Perfect Temperature,    1575 S. Mt. Prospect Rd.,    Des Plaines, IL 60018
9373862      +Peterson Roofing, Inc.,    403 N. Salem,    Arlington Heights, IL 60005-1319
9373864      +Platnium Converting,    263 Richert Road,    Wood Dale, IL 60191-1205
9373865      +Polaroid Graphic Imaging, LLC,    P.O. Box 73808,    Chicago, IL 60673-7808
9373866      +Press Sense, Inc.,    P.O. Box 725,    Lemont, IL 60439-7025
9373868      +Prime Office Products,    400 S. Jefferson St.,    Chicago, IL 60607-3822
9570882      +Primesource an Enovation Ca,    Credit Dept,    200 Summit Lake Dr,    Valhalla, NY 10595-1353
9373869      +Primesource an Enovation Co.,    850 Central Avenue,    Hanover Park, IL 60133-5422
9373870       Printers’ Service,    P.O. Box 5120,    Newark, NJ 07105
9373871      +Roscoe,    P.O. Box 4804,    Chicago, IL 60680-4804
9373872       Rotadyne,    135 S. LaSalle Street,    Dept. 2251,    Chicago, IL 60674-2251
9373873      +Royse Manufacturing Co.,    P.O. Box 612052,    Dallas, TX 75261-2052
9530577      +Rubachem Systems Inc,    c/o Jason Rubach,    266 Union Street,    Nortavle, NJ 07647-2208
9373874       Rubachem Systems, Inc.,    P.O. Box 9841,    Englewood, NJ 07631
9373876      +SI Industries of WI, Inc.,    P.O. Box 742,    Watertown, WI 53094-0742
9373875      +Samuel Caminiti, Inc.,    299 W. Fullerton,    Elmhurst, IL 60126-1503
9438978       Specialities Ties Binding Inc,    1100 W Touhy,    Elk Grove Village, IL 60007-4924
9373877      +Specialties Ties Binding, Inc.,    1100 W. Touhy,    Elk Grove Village, IL 60007-4924
9373878      +Sprint Electronic,    1575 Jarvis Avenue,    Elk Grove Village, IL 60007-2401
9373879      +Steen, Larry,    163 Royal Ct.,    Bloomingdale, IL 60108-2947
9373880      +Sun Graphics, Inc.,    3281 Paysphere Circle,    Chicago, IL 60674-0001
9373882      +Team Concepts Printing/Thermography,    540 Tower Blvd.,    Carol Stream, IL 60188-9426
9768531       Test America Analytical Testing Corporation,    1380 Busch Parkway,
               Buffalo Grove, Illinois 60089-4505
9791434       TestAmerica Analytical Testing Corp,    1380 Busch Parkway,    Buffalo Grove, IL 60089-4505
9373883      +Thompson Manufacturing Co.,    6315 E. 12th Street,    Tulsa, OK 74112-5419
9373884       Timely Courier,    2301 Arthur Court, Suite 100,    Schiller Park, IL 60176
9373885      +Toyo Ink America LLC,    P.O. Box 94006,    Chicago, IL 60690-4006
9373886       Type Tech Inc.,    298 E. Kenilworth Ave., Suite B,    Villa Park, IL 60181
9373890      +UPS,    Lock Box 577,    Carol Stream, IL 60132-0001
9373887      +Uline,    2200 S. Lakeside Drive,    Waukegan, IL 60085-8311
9373888      +Unisource Paper Co.,    7472 Collection Center Drive,    Chicago, IL 60693-0074
11781807     +Unisource Worldwide, Inc.,    c/o Donald J. Hutchinson,    150 W. Jefferson Ave., Ste. 2500,
               Detroit, MI 48226-4415
9373889       United Mileage Plus Visa,    P.O. Box 50882,    Henderson, NV 89016
9501470      +United Parcel Service,    Nick Tramontano,    c/o D&B/RMS Bankruptcy Services,    P.O. Box 4396,
               Timonium, Maryland 21094-4396
9373891      +Valley Forms, Inc.,    P.O. Box 148,    Spring Valley, IL 61362-0148
9373892      +Vits-America,    200 Corporate Drive,    Bradley Corporate Park,    Blauvelt, NY 10913-1142
9373897      +WWF Paper Corp.,    c/o Abrams & Abrams, P.C.,    75 E. Wacker Drive, Suite 320,
               Chicago, IL 60601-3740
9582437      +WWF Peper Corporation,    c/o Joel C Shapiro Esquire,    Blank Rome LLP,    One Logan Square,
               Philadelphia, PA 19103-6998
9373893      +Waste Management Billing Dept.,    1411 Opus Place, Suite 400,    Downers Grove, IL 60515-1481
9373895      +Western States Envelope,    PO Box 2048,    Milwaukee, WI 53201-2048
12230167      Western States Envelope Co,    c/o Kohner Mann & Kailas, S.C.,
               Washington Building, Barnabas Business C,    Milwaukee, WI 53212-1059
12230174     +Western States Envelope Co,    c/o Kohner Mann & Kailas, S.C.,    4650 N Port Washington Road,
               Milwaukee, WI 53212-1077
9373896      +Wisconsin, Illinois Service,    1221 Carol Crest Drive,    Sleepy Hollow, IL 60118-2643
9373899       XPEDX,    P.O. Box 0978,    Dallas, TX 75312-0978
9413684      +Xpedx,    Attn: William Drozdik,    180 Exchange Blvd,    Glendale Heights, IL 60139-2089
9373900       ZEP Manufacturing,    13237 Collections Center Drive,    Chicago, IL 60693-0132
9669813      +Zep Manufacturing Company,    c/o Engel Hairston & Johanson PC,    POB 11405,
               Birmingham, AL 35202-1405
The following entities were noticed by electronic transmission on Dec 29, 2010.
9373808      +E-mail/Text: kunger@headco.com                           Bearing Headquarters, Co.,    P O BOX 6267,
               Broadview, IL 60155-6267
9373863       E-mail/Text: bankruptcy@pb.com                           Pitney Bowes Credit Corp,
               P.O. Box 85460,    Louisville, KY 40285
9634656      +E-mail/Text: bankruptcy@pb.com                           Pitney Bowes Credit Corporation,
               27 Waterview Drive,    Shelton, CT 06484-4361
```

```
District/off: 0752-1          User: ccabrales           Page 3 of 3                Date Rcvd: Dec 29, 2010
Case: 05-20358                Form ID: pdf006           Total Noticed: 133
```

The following entities were noticed by electronic transmission (continued)
                                                                                                TOTAL: 3

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Cohen & Krol
aty*           +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
9373815*       +Case Paper Company,   72458 Eagle Way,   Chicago, IL 60678-7254
9549469*        Valley Forms Inc,   POB 148,   Spring Valley, IL 61362-0148
9373898*       +WWF Paper Corp.,   c/o Abrams & Abrams, P.C.,   75 E. Wacker Drive, Suite 320,
                 Chicago, IL 60601-3740
9373800       ##+American First Aid,   2354 Hassell Road Suite C,   Hoffman Estates, IL 60169-2100
9373811       ##+Bloomindale Bank & Trust,   c/o Robert D Nachman,   Schwartz, Cooper, Greenberger & Krauss,
                 180 North LaSalle Street Suite 2700,   Chicago, IL 60601-2709
9623555       ##+Bloomingdale Bank and Trust,   c/o Robert D. Nachman,   Schwartz, Cooper, Greenberger & Krauss,
                 180 N. LaSalle Street,   Suite 2700,   Chicago, IL 60601-2709
9373833       ##+Grand Rapids Printing, Inc.,   1365 Judd Avenue S.W.,   Grand Rapids, MI 49509-1020
9373844       ##+Jorgenson Press, Inc.,   P.O. Box 331 Muskego,   Muskego, WI 53150-0331
9373860       ##+Oldham Group,   121 Hall Street,   Rockford, IL 61107-4109
9373881        ##Superior Printing Inc. Co.,   70 Bethune Street,   New York, NY 10014
9461268       ##+Waste Management,   c/o RMC,   2421 W Peoria Ave Suite 110,   Phoenix, AZ 85029-4942
9373894       ##+Weko North America, Inc.,   67 Harned Road,   Commack, NY 11725-3500
                                                                                  TOTALS: 1, * 4, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2010**                      **Signature:**         *Joseph Speetjens*