JOHN H. SQUIRES

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Tarco Printing Inc | § | Case No. 05-20358 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bloomingdale Bank & Trust | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BLOOMINGDALE BANK AND TRUST | | | | | |
| FIRST CHICAGO BANK AND TRUST | | | | | |
| GREGORY K. STERN | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CRANE, HEYMAN, SIMON, WELCH & CLAR | | | | | |
| METROSTAFF, INC. | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| 000049A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000049B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AGFA Corporation | | | | | |
| | ASI Mailing | | | | | |
| | Accurate Office Supply | | | | | |
| | American First Aid | | | | | |
| | American Overhead Door Co. | | | | | |
| | Americare National Hygiene | | | | | |
| | Amerigas Palatine | | | | | |
| | Amflex Packaging Corp. | | | | | |
| | Bartlett Process Camera, Inc. | | | | | |
| | Bell Finishers | | | | | |
| | Bisco International | | | | | |
| | Bruce Paradise CPA | | | | | |
| | Cardinal Cartridge, Inc. | | | | | |
| | Case Paper | | | | | |
| | Catalyst Technology Solutions | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | | | | | |
| | Chicago Laminating, Inc. | | | | | |
| | Crossbow Industrial Water | | | | | |
| | Crown Lift Trucks | | | | | |
| | Elite Staffing | | | | | |
| | Gene Goodwille Co. | | | | | |
| | Gradei's Express | | | | | |
| | Grand Rapids Printing Inc. | | | | | |
| | Graphic Arts Finish | | | | | |
| | Graphic Converting Inc. | | | | | |
| | Heritage Crystal Clean | | | | | |
| | Hinckley Springs | | | | | |
| | Jayes Cleaning Service | | | | | |
| | Jorgenson Press Inc. | | | | | |
| | Jorson & Carlson | | | | | |
| | KBM Industrial Inc. | | | | | |
| | Krage's Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Life-Tech Quality Forklift Service | | | | | |
| | McMaster-Carr Supply Co. | | | | | |
| | McNamer Tool | | | | | |
| | Microforms, Inc. | | | | | |
| | Midland Paper Unlimted | | | | | |
| | Midwest Courier Inc. | | | | | |
| | Oldham Group | | | | | |
| | Perfect Temperature | | | | | |
| | Peterson Roofing, Inc. | | | | | |
| | Pitney Bowes Credit Corp. | | | | | |
| | Polaroid Graphic Imaging LLC | | | | | |
| | Prestige Box Corporation | | | | | |
| | Printers' Service | | | | | |
| | Roscoe | | | | | |
| | Rotadyne | | | | | |
| | Royse Manufacturing Co. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Samuel Caminiti, Inc. | | | | | |
| | Sprint Electronic | | | | | |
| | Steen, Larry | | | | | |
| | Sun Graphics Inc. | | | | | |
| | Team Concepts | | | | | |
| | Timely Courier | | | | | |
| | Toyo Ink America | | | | | |
| | Type Tech Inc. | | | | | |
| | United Mileage Plus Visa | | | | | |
| | Vits-America | | | | | |
| | Weko North America Inc. | | | | | |
| | Wisconsin, Illinois Service | | | | | |
| 000005 | AKIYAMA INTERNATIONAL CORPORATION ( | | | | | |
| 000029 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | AMFLEX PACKAGING CORPORATION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | ANDREWS CONVERTING | | | | | |
| 000004 | BEARING HEADQUARTERS, CO. | | | | | |
| 000051 | BEN L AND PEGGY J RECKARDS | | | | | |
| 000042 | BLOOMINGDALE BANK AND TRUST | | | | | |
| 000007 | CASE PAPER | | | | | |
| 000019 | CENTRAL INK CORP. | | | | | |
| 000032 | CHICAGO LAMINATING INC | | | | | |
| 000033 | CIT TECHNOLOGY FINANCING SERVICES I | | | | | |
| 000024 | DELL FINANCIAL SERVICES | | | | | |
| 000037 | DELL FINANCIAL SERVICES | | | | | |
| 000016 | DELTA-V | | | | | |
| 000028 | DEPARTMENT OF THE TREASURY/ IRS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000031 | FEDERAL EXPRESS CORPORATION | | | | | |
| 000006 | FNT TRANSPORTATION SERVICES, LLC | | | | | |
| 000003 | GANE BROTHERS & LANE, INC. | | | | | |
| 000018 | GARLAND CONVERTING CORP. | | | | | |
| 000012 | GENERAL MOTORS ACCEPTANCE CORP. | | | | | |
| 000047 | HEIDELBERG USA INC | | | | | |
| 000020 | HYDRA-VAC INC. | | | | | |
| 000009 | INDUSTRIAL TOWEL & UNIFORM CO. | | | | | |
| 000013 | JM&M SERVICES | | | | | |
| 000043 | KOMORI AMERICA CORP | | | | | |
| 000023 | MARTINO PAPER CO. | | | | | |
| 000046 | METROSTAFF | | | | | |
| 000010 | MSM PRINTING | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000027 | MURNANE PAPER COMPANY | | | | | |
| 000011 | NELSON FIRE PROTECTION | | | | | |
| 000044 | PITNEY BOWES CREDIT CORPORATION | | | | | |
| 000041 | PLATNIUM CONVERTING | | | | | |
| 000008 | PRESS SENSE, INC. | | | | | |
| 000022 | PRIME OFFICE PRODUCTS | | | | | |
| 000038 | PRIMESOURCE AN ENOVATION CA | | | | | |
| 000034 | RUBACHEM SYSTEMS INC | | | | | |
| 000014 | SPECIALITIES TIES BINDING INC | | | | | |
| 000040 | SUPERIOR PRINTING INC. CO. | | | | | |
| 000050 | TEST AMERICA ANALYTICAL TESTING COR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000045 | THOMPSON MANUFACTURING CO. | | | | | |
| 000001 | ULINE | | | | | |
| 000017 | UNISOURCE PAPER CO. | | | | | |
| 000025 | UNISOURCE PAPER CO. | | | | | |
| 000030 | UNITED PARCEL SERVICE | | | | | |
| 000036 | VALLEY FORMS INC | | | | | |
| 000021 | WASTE MANAGEMENT | | | | | |
| 000026 | WESTERN STATES ENVELOPE | | | | | |
| 000039 | WWF PEPER CORPORATION | | | | | |
| 000035 | XPEDX | | | | | |
| 000048 | ZEP MANUFACTURING COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-20358 | SQU | Judge: JOHN H. SQUIRES | | |
| Case Name: | Tarco Printing Inc | | | | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 06/12/06 (c) |
| 341(a) Meeting Date: | 08/08/06 |
| Claims Bar Date: | 11/22/06 |

For Period Ending: 06/01/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. A/R | 1,146,419.00 | Unknown | | 8,000.00 | FA |
| 2. Preference Collections | Unknown | Unknown | | 129,618.94 | FA |
| Initial turnover by Bloomingdale Bank of funds rec'd from letters sent during chapter 11 demanding return of preferences | | | | | |
| 3. Payment of Administrative Expenses per Court Order (u) | 0.00 | 42,094.56 | | 42,094.56 | FA |
| Per court order, DIP secured lender was compelled to pay costs of chapter 11 administration, as chapter 11 estate primarily benefitted secured creditor. | | | | | |
| 4. REFUND (u) | 0.00 | 9,221.97 | DA | 10,218.92 | FA |
| 5. Class Action Settlement (u) | 0.00 | 324.30 | | 324.30 | FA |
| 6. Settlement (u) | 0.00 | 82.43 | DA | 82.43 | FA |
| Settlement of a class action case. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 476.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,146,419.00 | $51,723.26 | | $190,815.15 | $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has submitted her TFR to UST for review

Initial Projected Date of Final Report (TFR): 12/31/07      Current Projected Date of Final Report (TFR): 03/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-20358 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Tarco Printing Inc | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4189  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5066 | | | |
| For Period Ending: | 06/01/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/12/06 | 1 | Performance Communications Group | A/R | 1121-000 | 4,000.00 | | 4,000.00 |
| | | 35 E. Wacker Dr., Ste. 1650 | Account Receivable due Debtor | | | | |
| | | Chicago, IL  60601 | | | | | |
| 09/12/06 | 2 | Bloomingdale Bank & Trust | | 1141-000 | 11,507.52 | | 15,507.52 |
| | | 150 S. Bloomingdale Rd. | | | | | |
| | | Bloomingdale, IL  60108 | | | | | |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.22 | | 15,514.74 |
| 10/19/06 | 1 | Pervformance Communications Group | A/R | 1121-000 | 4,000.00 | | 19,514.74 |
| | | 35 E. Wacker Drive | Account Receivable due Debtor | | | | |
| | | Suite 1650 | | | | | |
| | | Chicago, IL  60601 | | | | | |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.16 | | 19,528.90 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.05 | | 19,544.95 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.60 | | 19,561.55 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.61 | | 19,578.16 |
| 02/15/07 | 000301 | International Sureties, Ltd. | BOND | 2300-000 | | 15.10 | 19,563.06 |
| | | Suite 500 | BOND | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans, LA  70130 | | | | | |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 15.02 | | 19,578.08 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.62 | | 19,594.70 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.11 | | 19,610.81 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.66 | | 19,627.47 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.12 | | 19,643.59 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.69 | | 19,660.28 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 16.70 | | 19,676.98 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 12.53 | | 19,689.51 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 12.55 | | 19,702.06 |
| 11/12/07 | 2 | ASI Mailing | Preference Settlement | 1141-000 | 698.17 | | 20,400.23 |
| | | 1717 W. Armitage Ct. | | | | | |
| | | Addison, IL  60101 | | | | | |
| 11/12/07 | 2 | Grand Rapids Printing Ink Company | Preference Settlement | 1141-000 | 3,500.00 | | 23,900.23 |

| | Page Subtotals | 23,915.33 | 15.10 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Ver: 16.02b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-20358 -SQU |
|---|---|
| Case Name: | Tarco Printing Inc |
| Taxpayer ID No: | *******5066 |
| For Period Ending: | 06/01/11 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4189  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/12/07 | 2 | 4920 Starr St. SE<br>Grand Rapids, MI  49546<br>Central Ink<br>1100 N. Harvester Rd.<br>West Chicago, IL 60185 | Preference Settlement | 1141-000 | 700.00 | | 24,600.23 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.82 | | 24,612.05 |
| 12/05/07 | 2 | WWF Paper Corp.<br>P.O. Box 8141<br>Blackwood, NJ  08012 | Preference Settlement | 1141-000 | 2,500.00 | | 27,112.05 |
| 12/05/07 | 2 | UPS<br>1335 Northmeadow Parkway<br>Suite 119<br>Roswell, GA  30076 | Preference Settlement | 1141-000 | 410.00 | | 27,522.05 |
| 12/05/07 | 2 | Amflex Packaging Corporation<br>3350 W. Main St.<br>Skokie, IL  60076 | Preference Settlement | 1141-000 | 2,978.10 | | 30,500.15 |
| 12/19/07 | 2 | Querrey & Harrow<br>175 W. Jackson Blvd.<br>Suite 1600<br>Chicago, IL  60604 | Preference Settlement/ 07 A 743 | 1141-000 | 48,000.00 | | 78,500.15 |
| 12/19/07 | 2 | Querrey & Harrow<br>175 W. Jackson Blvd.<br>Suite 1600<br>Chicago, IL  60604 | Preference Settlement/07 A 706 | 1141-000 | 2,000.00 | | 80,500.15 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 17.60 | | 80,517.75 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 31.90 | | 80,549.65 |
| 02/07/08 | 2 | Bottcher America Corporation<br>4600 Mercedes Drive<br>Belcamp, MD  21017 | Preference Settlement | 1141-000 | 1,668.40 | | 82,218.05 |
| 02/07/08 | 2 | Chicago Laminating, Inc.<br>125 Weiler Rd.<br>Arlington Hts, IL  60005 | Preference Settlement | 1141-000 | 1,000.00 | | 83,218.05 |

| | Page Subtotals | 59,317.82 | 0.00 |
|---|---|---|---|

Ver: 16.02b

LFORM24

**FORM 2**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-20358 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | Tarco Printing Inc | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4189  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5066 | | | |
| For Period Ending: | 06/01/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/08 | 2 | Samuel Caminiti, Inc.<br>299 W. Fullerton<br>Elmhurst, IL  60126 | Preference Settlement | 1141-000 | 588.00 | | 83,806.05 |
| 02/07/08 | 2 | Platinum Converting, Inc.<br>851 Expressway Drive<br>Itasca, IL  60143 | Preference Settlement | 1141-000 | 4,140.68 | | 87,946.73 |
| 02/07/08 | 2 | Unisource Worldwide, Inc.<br>P.O. Box 45162<br>Jacksonville, FL  32232 | Preference Settlement | 1141-000 | 5,000.00 | | 92,946.73 |
| 02/07/08 | 2 | Graphic Converting Inc.<br>877 N. Larch Ave.<br>Elmhurst, IL  60126 | Preference Settlement | 1141-000 | 1,100.00 | | 94,046.73 |
| 02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 88.45 | 93,958.28 |
| 02/26/08 | 3 | First Bank & Trust Company<br>1145 N. Arlington Heights Road<br>Itasca, IL  60143 | Payment of administrative expenses | 1249-000 | 42,094.56 | | 136,052.84 |
| 02/26/08 | 2 | Pitney Bowes<br>1 Elmcroft Rd.<br>Stamford, CT  06926 | Preference Settlement | 1141-000 | 400.00 | | 136,452.84 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 21.23 | | 136,474.07 |
| 03/13/08 | 000303 | Gregory K. Stern<br>Monica C O'Brien<br>53 W. Jackson Blvd.<br>Suite 1442<br>Chicago, IL  60604 | Attorneys Fees Per Court Order | 3210-000 | | 29,284.73 | 107,189.34 |
| 03/13/08 | 000304 | Metrostaff, Inc.<br>94 Mitchell Circle<br>Wheaton, IL  60187 | Allowed Chapter 11 Admin Claim | 6990-000 | | 39,054.56 | 68,134.78 |
| 03/13/08 | 000305 | Crane, Heyman, Simon, Welch & Clar | Allowed Chapter 11 Admin Claim | 6700-000 | | 3,000.00 | 65,134.78 |

| | | | Page Subtotals | | 53,344.47 | 71,427.74 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-20358 -SQU | |
| Case Name: | Tarco Printing Inc | |
| | | |
| Taxpayer ID No: | *******5066 | |
| For Period Ending: | 06/01/11 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4189  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL  60603 | Fees allowed as Chapter 11 unsecured creditors' committee counsel | | | | |
| 03/20/08 | 2 | XO Communications<br>P.O. Box 3064<br>Livonia, MI  48151 | Preference Settlement | 1141-000 | 450.00 | | 65,584.78 |
| 03/20/08 | 2 | Mid-West Mechandising Group<br>26 Blanchard Street<br>Newark, NJ  07105 | Preference Settlement | 1141-000 | 2,000.00 | | 67,584.78 |
| 03/20/08 | 2 | Bell Finishers<br>3001 W. Soffel Ave.<br>Melrose Park, IL 60160 | Preference Settlement | 1141-000 | 250.00 | | 67,834.78 |
| 03/20/08 | 2 | Waste Management<br>P.O. Box 3027<br>Houston, TX  77253 | Preference Settlement | 1141-000 | 400.00 | | 68,234.78 |
| 03/20/08 | 2 | Andrews Converting, Inc.<br>707 E. 47th Street<br>LaGrange, IL  60525 | Preference Settlement | 1141-000 | 1,000.00 | | 69,234.78 |
| 03/20/08 | 2 | FujiFilm Graphic Systems USA<br>200 Summit Lake Drive<br>Valhalla, NY  10595 | Preference Settlement | 1141-000 | 1,000.00 | | 70,234.78 |
| 03/20/08 | 2 | Elite Staffing, Inc.<br>1400 W. Hubbard, Suite 200<br>Chicago, IL  60622 | Preference Settlement | 1141-000 | 2,161.00 | | 72,395.78 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 24.77 | | 72,420.55 |
| 04/21/08 | 2 | PC Mall<br>2555 W. 190th Street<br>Suite 205<br>Torrence, CA  90504 | Preference Settlement | 1141-000 | 3,299.48 | | 75,720.03 |
| 04/21/08 | 2 | Kustom Services, LLC<br>3 Carbon Way<br>Richwood, KY  41094 | Preference Settlement | 1141-000 | 4,842.00 | | 80,562.03 |
| | | | Page Subtotals | | 15,427.25 | 0.00 | |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

Ver: 16.02b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-20358 -SQU |
| Case Name: | Tarco Printing Inc |
| Taxpayer ID No: | *******5066 |
| For Period Ending: | 06/01/11 |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | Exhibit 9 |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******4189  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/21/08 | 2 | SI Roller<br>1220 American Way<br>Watertown, WI 53094 | Preference Settlement | 1141-000 | 1,033.00 | | 81,595.03 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 15.28 | | 81,610.31 |
| 05/06/08 | 2 | Kohner, Mann & Kailas<br>Attorneys for Martino Paper & Envelope<br>4650 N. Port Washington Rd.<br>Milwaukee, WI 53212 | Preference Settlement | 1141-000 | 4,000.00 | | 85,610.31 |
| 05/06/08 | 2 | Western States Envelope Co.<br>P.O. Box 2048<br>Milwaukee, WI 53201 | Preference Settlement | 1141-000 | 500.00 | | 86,110.31 |
| 05/06/08 | 2 | Rubachem Systems, Inc.<br>P.O. Box 901<br>Northvale, NJ 07646 | Preference Settlement | 1141-000 | 1,001.11 | | 87,111.42 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 10.81 | | 87,122.23 |
| 06/10/08 | 2 | Perfect Temperature Control, Inc. | Preference Settlement | 1141-000 | 7,085.24 | | 94,207.47 |
| 06/23/08 | 2 | Gene Goodwilli, Inc.<br>1820 N. 30th Street<br>Melrose Park, IL 60160 | Preference Settlement | 1141-000 | 9,806.24 | | 104,013.71 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 11.35 | | 104,025.06 |
| 07/30/08 | 2 | Super Web, Inc.<br>97 Lamar Street<br>West Babylon, NY 11704 | Preference Settlement | 1141-000 | 2,200.00 | | 106,225.06 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 13.22 | | 106,238.28 |
| 08/21/08 | 4 | Nicor Gas<br>P.O. Box 190<br>Aurora, IL 60507 | Refund of Deposit | 1229-000 | 9,221.97 | | 115,460.25 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 13.72 | | 115,473.97 |
| 09/09/08 | 2 | Specialties Binding Company, Inc.<br>1100 W. Touhy<br>Elk Grove Village, IL 60007 | Preference Settlement | 1141-000 | 1,400.00 | | 116,873.97 |
| 09/09/08 | 2 | XPEDX National Shared Service Center | Preference Settlement | 1141-000 | 1,000.00 | | 117,873.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 37,311.94 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

Ver: 16.02b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-20358 -SQU | |
| Case Name: | Tarco Printing Inc | |
| | | |
| Taxpayer ID No: | *******5066 | |
| For Period Ending: | 06/01/11 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4189  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 6287 Tri-Ridge Rd. | | | | | |
| | | | Loveland, OH  45140 | | | | | |
| | 09/23/08 | 4 | Nicor | | 1229-000 | 996.95 | | 118,870.92 |
| | | | P.O. Box 190 | | | | | |
| | | | Aurora, IL  60507 | | | | | |
| | 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 14.40 | | 118,885.32 |
| | 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.53 | | 118,896.85 |
| | 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 9.74 | | 118,906.59 |
| * | 12/08/08 | 000306 | Gregory K. Stern, P.C. | Attorneys Fees per Court Order | 3210-003 | | 12,213.73 | 106,692.86 |
| | | | 53 W. Jackson Blvd. | | | | | |
| | | | Suite 1442 | | | | | |
| | | | Chicago, IL  60604 | | | | | |
| * | 12/08/08 | 000306 | Gregory K. Stern, P.C. | Attorneys Fees per Court Order | 3210-003 | | -12,213.73 | 118,906.59 |
| | | | 53 W. Jackson Blvd. | incorrect amount. Trustee to remake check | | | | |
| | | | Suite 1442 | | | | | |
| | | | Chicago, IL  60604 | | | | | |
| | 12/08/08 | 000307 | Gregory K. Stern, P.C. | Attorney's Fees per Court Order | 3210-000 | | 12,213.62 | 106,692.97 |
| | | | 53 W. Jackson Blvd. | | | | | |
| | | | Suite 1442 | | | | | |
| | | | Chicago, IL  60604 | | | | | |
| | 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 6.44 | | 106,699.41 |
| | 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.86 | | 106,701.27 |
| | 02/17/09 | 000308 | International Sureties Ltd. | BOND | 2300-000 | | 83.07 | 106,618.20 |
| | | | Suite 420 | BOND | | | | |
| | | | 701 Poydras St. | | | | | |
| | | | New Orleans, LA 70139 | | | | | |
| | 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.64 | | 106,619.84 |
| | 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.82 | | 106,621.66 |
| | 04/23/09 | 5 | Metlife Fund Administrator | | 1249-000 | 324.30 | | 106,945.96 |
| | | | PO Box 1952 | | | | | |
| | | | Faribault, MN 55021-6097 | | | | | |
| | 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.38 | | 106,950.34 |

| | Page Subtotals | 1,373.06 | 12,296.69 | |
|---|---|---|---|---|

Ver: 16.02b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-20358 -SQU |
| Case Name: | Tarco Printing Inc |
| Taxpayer ID No: | *******5066 |
| For Period Ending: | 06/01/11 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4189  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 106,954.88 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.40 | | 106,959.28 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 106,963.82 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 106,968.36 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.40 | | 106,972.76 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 106,977.30 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.40 | | 106,981.70 |
| 12/22/09 | 6 | Metlife Fund Administrator PO Box 1952 Faribault, MN  55021 | | 1249-000 | 82.43 | | 107,064.13 |
| 12/23/09 | 000309 | First Chicago Bank and Trust c/o Mr. Robert Nachman 10 S. Wacker Drive Suite 2300 Chicago, IL 60606 | Partial satisfactin of administrative priority claim pursuant to court order | 2990-800 | | 81,977.30 | 25,086.83 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 3.41 | | 25,090.24 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,090.88 |
| 02/09/10 | 000310 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 18.62 | 25,072.26 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 25,072.84 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,073.48 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,074.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,074.74 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,075.36 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,076.00 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,076.64 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,077.26 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,077.90 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,078.52 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,079.16 |

| | | | Page Subtotals | | 124.74 | 81,995.92 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-20358 -SQU | | | Trustee Name: | GINA B. KROL | Exhibit 9 |
| Case Name: | Tarco Printing Inc | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******4189 Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******5066 | | | | | |
| For Period Ending: | 06/01/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/27/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 25,079.70 |
| 01/27/11 | | Transfer to Acct #*******3882 | Final Posting Transfer | 9999-000 | | 25,079.70 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 190,815.15 | 190,815.15 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 25,079.70 | |
| Subtotal | 190,815.15 | 165,735.45 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 190,815.15 | 165,735.45 | |

Page Subtotals      0.54      25,079.70

Ver: 16.02b

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-20358 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | Tarco Printing Inc | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3882  BofA - Checking Account |
| Taxpayer ID No: | *******5066 | | | |
| For Period Ending: | 06/01/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/27/11 | | Transfer from Acct #*******4189 | Transfer In From MMA Account | 9999-000 | 25,079.70 | | 25,079.70 |
| 02/08/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 12,790.67 | 12,289.03 |
| 02/08/11 | 003002 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 2,150.90 | 10,138.13 |
| 02/08/11 | 003003 | Bloomingdale Bank and Trust<br>c/o Robert D. Nachman<br>Schwartz, Cooper, Greenberger & Krauss<br>180 N. LaSalle Street<br>Suite 2700<br>Chicago, IL 60601 | Other Chapter 7 Administrative Expe<br>Chapter 7 administrative expense per court order | 2990-000 | | 10,138.13 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,079.70 | 25,079.70 | 0.00 |
| Less:  Bank Transfers/CD's | 25,079.70 | 0.00 | |
| Subtotal | 0.00 | 25,079.70 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 25,079.70 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******4189 | 190,815.15 | 165,735.45 | 0.00 |
| BofA - Checking Account - ********3882 | 0.00 | 25,079.70 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 190,815.15 | 190,815.15 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          25,079.70          25,079.70

Ver: 16.02b

LFORM24